IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| Robert W. Johnson, | ) | C/A No. 6:24-cv-05076-RMG-KFM |
| | ) | |
| Plaintiff, | ) | **REPORT OF MAGISTRATE JUDGE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Officer Ponticello, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is a civil action filed by a *pro se* non-prisoner plaintiff.  Pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), this magistrate judge is authorized to review all pretrial matters in this case and submit findings and recommendations to the district court.  The plaintiff's complaint was entered on the docket on September 18, 2024 (doc. 1).  Upon review of the complaint, the undersigned recommends that it be summarily dismissed.

## ALLEGATIONS

This is a civil action filed by the plaintiff, a non-prisoner proceeding *pro se* (doc. 1).  The plaintiff alleges that the defendant has violated his rights by "discriminations, civil rights violations and due process violations" (*id*. at 3).  The plaintiff contends that on September 2, 2024, after Mr. Reid trespassed on the plaintiff's property, the defendant failed to arrest Mr. Reid or enter a restraining order against Mr. Reid when requested by the plaintiff (*id*. at 4).  The plaintiff's injuries include mental and physical anguish (*id*. at 5).  For relief, the plaintiff seeks money damages (*id*.).

## APPLICABLE LAW & ANALYSIS

The plaintiff filed this action pursuant to 28 U.S.C. § 1915, the *in forma pauperis* statute. This statute authorizes the District Court to dismiss a case if it is satisfied that the action "fails to state a claim on which relief may be granted," is "frivolous or malicious," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). As a *pro se* litigant, the plaintiff's pleadings are accorded liberal construction and held to a less stringent standard than formal pleadings drafted by attorneys. *See Erickson v. Pardus*, 551 U.S. 89 (2007) (*per curiam*). The requirement of liberal construction does not mean that the Court can ignore a clear failure in the pleading to allege facts which set forth a claim cognizable in a federal district court. *See Weller v. Dep't of Soc. Servs.*, 901 F.2d 387, 391 (4th Cir. 1990).

"The Federal Rules of Civil Procedure recognize that courts must have the authority to control litigation before them." *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989) (citing Fed. R. Civ. P. 41(b)). Federal courts are courts of limited jurisdiction, "constrained to exercise only the authority conferred by Article III of the Constitution and affirmatively granted by federal statute." *In re Bulldog Trucking, Inc.*, 147 F.3d 347, 352 (4th Cir. 1998). Since federal courts have limited subject matter jurisdiction, there is no presumption that the court has jurisdiction. *Pinkley, Inc. v. City of Frederick*, 191 F.3d 394, 399 (4th Cir. 1999) (citing *Lehigh Mining & Mfg. Co. v. Kelly*, 160 U.S. 337 (1895)). Accordingly, a federal court is required, *sua sponte*, to determine if a valid basis for its jurisdiction exists, "and to dismiss the action if no such ground appears." *Bulldog Trucking*, 147 F.3d at 352; *see also* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

There are two types of federal jurisdiction: federal question jurisdiction and diversity jurisdiction. Federal question jurisdiction arises when the case arises under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. Diversity jurisdiction,

2

on the other hand, is conferred upon the Court when a suit is between citizens of different states and the amount in controversy exceeds $75,000.00.  28 U.S.C. § 1332(a).  Here, liberally construed, the plaintiff alleges federal question jurisdiction based on 28 U.S.C. § 1983 (doc. 1 at 3).

Section 1983 "'is not itself a source of substantive rights,' but merely provides 'a method for vindicating federal rights elsewhere conferred.'"  *Albright v. Oliver*, 510 U.S. 266, 271 (1994) (quoting *Baker v. McCollan*, 443 U.S. 137, 144 n. 3 (1979)).  A civil action under § 1983 "creates a private right of action to vindicate violations of 'rights, privileges, or immunities secured by the Constitution and laws' of the United States."  *Rehberg v. Paulk*, 566 U.S. 356, 361 (2012).  To state a claim under § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law.  *West v. Atkins*, 487 U.S. 42, 48 (1988).

**Venue**

Venue in § 1983 actions is established by 28 U.S.C. § 1391(b), which provides that a civil action can be brought in:

> (1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b).  Therefore, under Section 1391, this action may be heard in a venue where the defendant resides (Syracuse, New York), or in the venue where the issue substantially arose (Syracuse, New York) – both of which appear to be located in the United States District Court for the Northern District of New York.  The court may, "in the interest

3

of justice," transfer a case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Under the plain language of § 1406(a), dismissal – and not transfer – is the default disposition of a case filed in an improper venue. When evaluating the propriety of a transfer, rather than a dismissal, within the context of § 1404, the "interest of justice" has been interpreted to include such factors as "the pendency of a related action, the court's familiarity with the applicable law, docket conditions, access to premises that might have to be viewed, the possibility of unfair trial, the ability to join other parties and the possibility of harassment." *Bd. of Trs., Sheet Metal Workers Nat'l Fund v. Baylor Heating & Air Conditioning, Inc.*, 702 F. Supp. 1253, 1260 (E.D. Va. 1988) (footnotes omitted). For example, numerous courts have determined that it is in the interest of justice to transfer a case to a proper forum rather than dismiss a case where the statute of limitations might prevent a plaintiff from commencing a new suit in the proper forum. *See Burnett v. N.Y. Cent. R.R. Co.*, 380 U.S. 424, 430 n. 7 (1965); *see also* 14D Charles Alan Wright, et al., Federal Practice and Procedure § 3827 n.31 (3d ed. 2011) (collecting cases). The decision whether to transfer or dismiss a case is committed to the sound discretion of the district court. *United States v. Espinoza*, 641 F.2d 153, 162 (4th Cir. 1981).

Here, the alleged constitutional violations in this action are not properly brought in this venue. However, as outlined in more detail *infra*, it appears the plaintiff has purposefully filed this action here (knowing it would not be the proper venue) in an attempt to circumvent prefiling restrictions that have been entered against him in the United States District Court for the Northern District of New York. As such, dismissal instead of transfer of this action is appropriate for improper venue. *See In re Robert Johnson*, C/A No. 5:22-PF-003 (GTS), 2022 WL 1597718 (N.D.N.Y. May 19, 2022) (imposing prefiling restrictions on the plaintiff in the United States District Court for the District of New York). Indeed, during the same time the instant matter was filed, the plaintiff filed copies of the same complaint in the United States District Court for the District of Colorado (pending), the

United States District Court for the District of Nevada (pending), and the United States District Court for the Eastern District of New York (which transferred the case to the United States District Court for the Northern District of New York). *Johnson v. Ponticello*, C/A No. 1:24-cv-02549-RTG (D. Colo.) (pending); *Johnson v. Ponticello*, C/A No. 2:24-cv-01728-JAD-DJA (D. Nev.) (pending); *Johnson v. Ponticello*, C/A No. 1:24-cv-06497-RER-PK, at doc. 4) (E.D.N.Y. Sept. 24, 2024) (transferring civil action to the United States District Court for the Northern District of New York). Accordingly, in the interest of justice, the instant matter should be dismissed based on improper venue.

**Frivolousness**

Even if venue were appropriate in this court, the plaintiff's complaint would also be subject to dismissal as frivolous. It is well-settled that the court has the authority to dismiss claims that are obviously "fantastic" or "delusional." *Adams v. Rice*, 40 F.3d 72, 74 (4th Cir. 1994); *Raiford v. FBI*, C/A No. 1:10-cv-2751-MBS-JRM, 2010 WL 6737887, at *3 (D.S.C. Nov. 17, 2010), *Report and Recommendation adopted by* 2011 WL 2020729 (D.S.C. May 23, 2011) (explaining a finding of factual frivolousness is appropriate when "the facts alleged rise to the level of the irrational or the wholly incredible"). In reviewing a complaint for frivolousness or malice, the court looks to see whether the complaint raises an indisputably meritless legal theory or is founded upon clearly baseless factual contentions, such as fantastic or delusional scenarios. *Harley v. United States*, 349 F. Supp. 2d 980, 981 (M.D.N.C. 2004) (citing *Neitzke v. Williams*, 490 U.S. 319 (1989)). The Court must accept all well-pled allegations and review the Complaint in a light most favorable to plaintiff. *Mylan Labs., Inc. v. Matkari*, 7 F.3d 1130, 1134 (4th Cir. 1993).

Here, even when reviewed in a light most favorable to the plaintiff, the complaint is comprised of factual allegations that are not credible, and which fail to state a claim for relief. *See Neal v. Duke Energy*, C/A No. 6:11-cv-1420-HFF-KFM, 2011 WL 5083181, at *4 (D.S.C. June 30, 2011), *Report and Recommendation adopted by* 2011 WL

5

5082193 (D.S.C. Oct. 26, 2011) (dismissing action upon finding plaintiff's factual allegations were frivolous, fanciful, and delusional where plaintiff claimed defendants clandestinely placed a GPS device in her car while it was in the shop for repairs and that she was being stalked by the defendants, noting the allegations were "made without any viable factual supporting allegations and appears to be the product of paranoid fantasy"); *Feurtado v. McNair*, C/A No. 3:05-cv-1933-SB, 2006 WL 1663792, at *2 (D.S.C. Jun. 15, 2006) (noting that frivolousness encompasses inarguable legal conclusions and fanciful factual allegations), *aff'd*, 227 F. App'x 303 (4th Cir. 2007), *petition for cert. dismissed*, 553 U.S. 1029 (2008).  For example, the plaintiff alleges that he is entitled to have criminal charges and a restraining order entered against Mr. Reid and that the defendant violated his rights by not doing so (*see* doc. 1).  These allegations are clearly frivolous and lack a basis in the law.  Indeed, the plaintiff, as "a private citizen, lacks a judicially cognizable interest in the prosecution or nonprosecution of another."  *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973).  As such, the plaintiff's complaint is subject to summary dismissal as frivolous.

**Prefiling Restrictions**

Federal courts may issue prefiling restrictions when vexatious conduct hinders the court from fulfilling its constitutional duty.  *Cromer v. Kraft Foods N. Am., Inc.*, 390 F.3d 812, 817 (4th Cir. 2004) (published).  This "drastic remedy must be used sparingly" to ensure "constitutional guarantees of due process of law and access to the courts."  *Id*.  The factors for consideration in determining whether to enter a prefiling injunction include (1) the party's history of litigation, particularly whether he has filed vexatious, harassing or duplicative lawsuits; (2) whether the party had a good faith basis for pursuing the litigation or simply intended to harass; (3) the extent of the burden on the courts and other parties resulting from the party's filings; and (4) the adequacy of alternative sanctions.  *Id*. at 818 (internal citations omitted).  If a court finds a prefiling injunction is warranted based on the four *Cromer* factors, the injunction must be "narrowly tailored to fit the specific

circumstances at issue." *Id*. Additionally, a litigant is entitled to notice and an opportunity to be heard prior to the imposition of a prefiling injunction. *Id*. at 819–20.

Here, the factors weigh in favor of entering tailored prefiling restrictions against the plaintiff, as set forth in more detail below. With respect to the first *Cromer* factor, the plaintiff's history of litigation (especially whether he has filed vexatious, harassing, or duplicative lawsuits), the plaintiff has filed multiple frivolous, vexatious, and duplicative lawsuits. Indeed, as set forth in detail in Exhibit A, the plaintiff has filed more than 420 prior cases in courts around the nation, with the majority dismissed as frivolous, repetitive, or for improper venue. *See* Exhibit A. Additionally, due to his abusive and vexatious filing practices, the plaintiff's ability to file cases has been restricted in several districts across the country. *Johnson v. N.Y. Police Dep't, 41st Precinct, et al*., C/A No. 20-2798, at doc. 55 (2d Cir. Sept. 13, 2021) (imposing prefiling restrictions on the plaintiff in the United States Court of Appeals for the Second Circuit); *Johnson v. Colvin Post Off., et al*., C/A No. 2:24-cv-00324-NT, 2024 WL 4518945 (D. Me. Oct. 17, 2024) (dismissing civil action for improper venue and imposing prefiling restrictions on the plaintiff in the United States District Court for the District of Maine); *Johnson v. McCray*, C/A No. 2:24-cv-00142-DLB, at doc. 5 (E.D. Ky. Sept. 27, 2024) (noting that the plaintiff's filings were "like the other heads of his hydra, frivolous" and imposing prefiling restrictions on the plaintiff in the United States District Court for the Eastern District of Kentucky); *Johnson v. Quality is our Recipe LLC*, C/A No. 1:24-cv-00923-KWR-JMR, 2024 WL 4286359 (D.N.M. Sept. 25, 2024) (dismissing civil action for improper venue and imposing prefiling restrictions); *In re Robert Johnson*, 2022 WL 1597718 (imposing prefiling restrictions on the plaintiff in the United States District Court for the Northern District of New York); *Johnson v. Vera House, Inc., et al*., C/A No. 3:22-cv-00314-SALM, 2022 WL 829337 (D. Conn. Mar. 18, 2022) (imposing prefiling restrictions on the plaintiff in the United States District Court for the District of Connecticut); *Johnson v. Trump, et al*., C/A No. 2:23-cv-00471, 2024 WL 778100 (D. Vt.

7

Feb. 26, 2024) (imposing prefiling restrictions in the United States District Court for the District of Vermont); *Johnson v. Wolfe, et al*., C/A No. 1:19-cv-07337-GHW, at doc. 8 (S.D.N.Y. July 12, 2020) (imposing prefiling restrictions on the plaintiff in the United States District Court for the Southern District of New York) *appeal dismissed* C/A No. 19-3891, 2020 WL 2544909 (2d Cir. 2020); *Johnson v. Coe, et al*., C/A No. 2:19-cv-02940, 2019 WL 3543542 (S.D. Ohio Aug. 2, 2019) (imposing prefiling restrictions on the plaintiff in the United States District Court for the Southern District of Ohio).  As such, the first *Cromer* factor weighs in favor of instituting prefiling restrictions.

The second *Cromer* factor, whether the party had a good faith basis for pursuing the litigation or simply intended to harass, likewise weighs in favor of instituting prefiling restrictions.  As noted above, the instant matter is subject to dismissal for multiple reasons, including frivolousness (and the plaintiff filed duplicate actions to the instant one in three other courts).  *See Johnson v. Ponticello*, C/A No. 1:24-cv-02549-RTG (D. Colo.) (pending); *Johnson v. Ponticello*, C/A No. 2:24-cv-01728-JAD-DJA (D. Nev.) (pending); *Johnson v. Ponticello*, C/A No. 1:24-cv-06497-RER-PK, at doc. 4) (E.D.N.Y. Sept. 24, 2024) (transferring civil action to the United States District Court for the Northern District of New York).  Further, the plaintiff, who has been identified as a vexatious and abusive filer (as set forth in Exhibit A), has continued to file cases to harass instead of based upon a good faith basis – as he has been repeatedly warned that he has filed cases in improper venues, as well as that the claims he pursues are frivolous.  *See* Exhibit A.  Indeed, the plaintiff has even been warned regarding referral for criminal prosecution for his impersonation of an attorney in some of his filings as well as his attempt to file cases on behalf of third parties without their apparent knowledge/consent.  *See Johnson*, C/A No. 2:24-cv-00142-DLB, at doc. 5 (noting that Mr. Johnson identified himself unlawfully as an attorney as well as that claims pursued on behalf of Ricardo McCray appeared to be without Mr. McCray's knowledge or consent and had "the potential to cause demonstrable harm to Mr. McCray"

8

(both in potential filing fees that would be removed from his prisoner trust account and that he could accrue "strikes" pursuant to 28 U.S.C. § 1915(g))). As set forth in Exhibit A, the plaintiff has also been warned on numerous occasions of the consequences of continuing to file frivolous and duplicate litigation, but he has continued to file repetitive and frivolous litigation despite the warnings. *See* Exhibit A. As such, the second *Cromer* factor also weighs in favor of entering prefiling restrictions.

The third factor, the extent of the burden on the court and parties, likewise weighs against the plaintiff. As previously noted, the plaintiff's duplicative, frivolous, and vexatious filings have resulted in a burden on the court in each of his more than 420 cases (including the instant matter).[1] As such, based on the tiresome continued filings by the plaintiff, the third factor also weighs in favor of instituting a prefiling injunction. With respect to the fourth *Cromer* factor, it appears that alternative sanctions will not be adequate to address the vexatious filing practices of the plaintiff, as he has continued his vexatious and repetitive filings in improper venues to circumvent prefiling restrictions entered in other courts. *See* Exhibit A. As such, the fourth *Cromer* factor weighs in favor of entering prefiling restrictions.

Accordingly, in light of the *Cromer* factors, the undersigned recommends that the following prefiling restrictions be imposed on the plaintiff:

> 1. For any non-habeas actions commenced by the plaintiff in this Court, the plaintiff is required to submit the full filing fee to the Clerk of Court at the time of his initial filing. If a filing by the plaintiff is not accompanied by a full filing fee, the Clerk of Court is authorized to assign civil action numbers (for docket control purposes) and the assigned United States Magistrate Judge will forward the case to the assigned United States District Judge for an order of dismissal without prejudice and without issuance and service of process.

> 2. These filing restrictions do not apply to any criminal case in which the plaintiff is named as a defendant.

---

[1] Indeed, the plaintiff appears to file more cases each day, and this number continues to grow.

3. The plaintiff may file a motion to modify or rescind the order imposing these restrictions no earlier than two years from the date of its entry.

This report and recommendation provides notice to the plaintiff of the recommendation that prefiling restrictions be entered and provides him an opportunity to be heard regarding the imposition of a prefiling injunction.

## RECOMMENDATION

The undersigned is of the opinion that the plaintiff cannot cure the defects identified above by amending the complaint. Therefore, the undersigned recommends that the district court dismiss this action with prejudice, without leave to amend, and without issuance and service of process. *See Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (published) (noting that "when a district court dismisses a complaint or all claims without providing leave to amend . . . the order dismissing the complaint is final and appealable").

Should the United States District Judge assigned to this case adopt this recommendation, IT IS FURTHER RECOMMENDED that an order restricting the plaintiff's ability to file additional actions in this district be entered as set forth above.

Based upon the foregoing, in accordance with the notice rule articulated in *Cromer*, **this Report and Recommendation is NOTICE to the plaintiff that the undersigned has recommended that prefiling restrictions be entered against him. The plaintiff is directed that specific written objections to this recommendation must be filed within fourteen (14) days of the date of service of this Report and Recommendation.**

The plaintiff's attention is directed to the important notice on the last page.

IT IS SO RECOMMENDED.

s/Kevin F. McDonald
United States Magistrate Judge

October 24, 2024
Greenville, South Carolina

10

## EXHIBIT A

**United States District Court for the District of South Carolina**

*Johnson v. Noriega*, C/A No. 6:24-cv-05971-RMG-KFM (D.S.C.) (pending)

*Johnson v. Bad Boy Prods. Holdings Inc.*, C/A No. 6:24-cv-05631-RMG-KFM (D.S.C.) (pending)

*Johnson v. Jane Doe, et al*., C/A No. 6:24-cv-05275-RMG-KFM (D.S.C.) (pending)

*Johnson v. Haza Foods, LLC*, C/A No. 6:24-cv-05137-RMG-KFM (D.S.C.) (pending)

*Johnson v. Ponticello*, C/A No. 6:24-cv-05076-RMG-KFM (D.S.C.) (pending)

**United States District Court for the Northern District of Alabama**

*Johnson v. Mossow*, C/A No. 2:24-cv-01261-ACA, at doc. 5 (N.D. Ala. Oct. 3, 2024) (dismissing civil action for improper venue)

**United States District Court for the Southern District of Alabama**

*Johnson v. Mossow*, C/A No. 1:24-cv-00338-KD-MU, 2024 WL 4535459 (S.D. Ala. Oct. 21, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Woodward*, C/A No. 1:24-cv-00312-TFM-MU, 2024 WL 4535458 (S.D. Ala. Oct. 21, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Valet Auto Wash*, C/A No. 1:24-cv-00337-TFM-MU (S.D. Ala.) (report and recommendation recommending transfer to the United States District Court for the Northern District of New York pending)

*Johnson v. U.S. Sec. and Exch. Comm'n, et al.*, C/A No. 1:24-cv-00319-KD-MU, 2024 WL 4425692 (S.D. Ala. Oct. 4, 2024) (transferring civil action to the United States District Court for the Western District of New York)

*Johnson v. Dubose, et al.*, C/A No. 1:19-cv-00251-S-K, at doc. 12 (S.D. Ala. Jan. 6, 2020) (dismissing civil action for failure to prosecute and failure to comply with an order of the court) *aff'd* 806 F. App'x 927 (11th Cir. 2020) (*mem.*)

*Johnson v. Victoria Fire & Cas. Co., et al.*, C/A No. 1:19-cv-0154-JB-MU, 2019 WL 2193855 (S.D. Ala. May 21, 2019) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim), *appeal dismissed* C/A No. 19-12919-J, 2020 WL 3067205 (11th Cir. Jan. 14, 2020) *cert. denied* 140 S.Ct. 2724 (2020) (*mem.*)

**United States District Court for the District of Alaska**

*Johnson v. Hamilton Cnty. Sheriffs Off.*, C/A No. 3:24-cv-00226-SLG, 2024 WL 4554811 (D. Alaska Oct. 23, 2024) (dismissing civil action for failure to state a claim and warning regarding the entry of prefiling restrictions)

*Johnson v. W. N.Y.: Indep. Living Inc.*, C/A No. 3:24-cv-00222-SLG, 2024 WL 4554811 (D. Alaska Oct. 23, 2024) (dismissing civil action for failure to state a claim and warning regarding the entry of prefiling restrictions)

*Johnson v. The Wendy's Co.*, C/A No. 3:24-cv-00205-SLG, 2024 WL 4554811 (D. Alaska Oct. 23, 2024) (dismissing civil action for failure to state a claim and warning regarding the entry of prefiling restrictions)

*Johnson v. Three Rivers*, C/A No. 3:24-cv-00204-SLG, 2024 WL 4554811 (D. Alaska Oct. 23, 2024) (dismissing civil action for failure to state a claim and warning regarding the entry of prefiling restrictions)

*Johnson v. 101178 B.C. Unlimited Liab. Co.*, *et al.*, C/A No. 3:24-cv-00118-SLG, 2024 WL 3581238 (D. Alaska July 30, 2024) (dismissing civil action for lack of subject matter jurisdiction)

**United States District Court for the Eastern District of Arkansas**

*Johnson v. Block, Inc.*, C/A No. 4:24-cv-00827-BSM (E.D. Ark.) (pending)

**United States District Court for the Western District of Arkansas**

23-2109 - *Johnson v. Trump, et al*., C/A No. 2:23-cv-02109-SOH, 2023 WL 7004985 (W.D. Ark. Oct. 24, 2023) (dismissing civil action for failure to prosecute and failure to comply with orders of the court)

**United States District Court for the Central District of California**

*Johnson v. Reid*, C/A No. 2:24-cv-08120-CBM-AGR, at doc. 5 (C.D. Cal. Oct. 2, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Three Rivers*, C/A No. 2:24-cv-08046-CBM-AGR, at doc. 5 (C.D. Cal. Oct. 2, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Albolino*, C/A No. 2:24-cv-08045-CBM-AGR, at doc. 5 (C.D. Cal. Oct. 2, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Haza Foods of Ne. LLC*, C/A No. 2:24-cv-08017-SB-MAR, at doc. 8 (C.D. Cal. Oct. 1, 2024) (pending)

*Johnson v. Wendys Rest. LLC*, C/A No. 2:24-cv-07918-FMO-BFM, at doc. 7 (C.D. Cal. Sept. 27, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

**United States District Court for the Northern District of California**

*Johnson v. Performant Recovery, Inc., et al.*, C/A No. 4:19-cv-05789-SBA, 2020 WL 496073 (N.D. Cal. Jan. 30, 2020) (dismissing civil action without prejudice to the plaintiff's ability to re-file by paying the filing fee) *appeal dismissed* C/A No. 20-15022 (9th Cir. 2020)

**United States District Court for the Southern District of California**

*Johnson v. City of Syracuse Dep't of Neighborhood & Bus. Dev.*, C/A No. 3:24-cv-01838-BAS-BJC (S.D. Cal.) (pending)

**United States District Court for the District of Colorado**

*Johnson v. Onondaga Cnty. Sherrifs Dep't*, C/A No. 1:24-cv-02550-RTG (D. Colo.) (pending)

*Johnson v. Ponticello*, C/A No. 1:24-cv-02549-RTG (D. Colo.) (pending)

*Johnson v. Onondaga Cnty. Sheriffs Dep't*, C/A No. 1:24-cv-02553-LTB (D. Colo.) (dismissing civil action as duplicative of Case Number 1:24-cv-02550-RTG)

*Johnson v. Reid*, C/A No. 1:24-cv-02360-RTG, at doc. 5 (D. Colo. Oct. 4, 2024) (dismissing civil action for failure to prosecute)

*Johnson v. Trump, et al.*, C/A No. 1:23-cv-02203-LTB, at doc. 7 (D. Colo. Nov. 6, 2023) (dismissing civil action for failure to comply with orders of the court)

*Johnson v. Cuomo, et al.*, C/A No. 1:22-cv-00217-LTB, at doc. 5 (D. Colo. Mar. 3, 2022) (dismissing civil action for failure to prosecute and failure to comply with an order of the court)

**United States District Court for the District of Connecticut**

*Johnson v. Trump, et al.*, C/A No. 3:23-cv-01145-JAM, at doc. 4 (D. Conn. Aug. 30, 2023) (dismissing civil action based on prefiling injunction)

*Johnson v. Kent, et al.*, C/A No. 3:22-cv-00192-SALM, at doc. 11 (D. Conn. June 9, 2022) (dismissing civil action for failure to comply with an order of the court)

*Johnson v. Michaels & Smolak, P.C.*, C/A No. 3:22-cv-00188-SALM, at doc. 11 (D. Conn. May 27, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Carthage Area Hosp. Inc.*, C/A No. 3:22-cv-00154-SALM, at doc. 12 (D. Conn. May 27, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Vera House, Inc., et al.*, C/A No. 3:22-cv-00314-SALM, 2022 WL 824639 (D. Conn. Mar. 18, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *prefiling injunction entered*, 2022 WL 829337 (D. Conn. Mar. 18, 2022)

*Johnson v. Moschouris, et al.*, C/A No. 3:22-cv-00313-SALM, at doc. 7 (D. Conn. Mar. 18, 2022) (dismissing civil action for failure to state a claim and based on improper venue)

*Johnson v. Kent, et al.*, C/A No. 3:22-cv-00191-SALM, at doc. 8 (D. Conn. Mar. 18, 2022) (dismissing civil action for failure to comply with an order of the court)

13

*Johnson v. Connell, et al.*, C/A No. 3:22-cv-00207-SALM, 2022 WL 596787 (D. Conn. Feb. 28, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Loewenguth, et al.*, C/A No. 3:22-cv-00167-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. EMPRO Ins., et al.*, C/A No. 3:22-cv-00142-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Empower Fed. Credit Union, et al.*, C/A No. 3:22-cv-00141-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Catalano*, C/A No. 3:22-cv-00140-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Brown, et al.*, C/A No. 3:22-cv-00139-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Kim, et al.*, C/A No. 3:22-cv-00138-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Bartlett*, C/A No. 3:22-cv-00126-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Pathfinder Bank, et al.*, C/A No. 3:22-cv-0109-SALM, at doc. 10 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Comfort Inn Hotel, et al.*, C/A No. 3:22-cv-00144-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court)

*Johnson v. Comfort Inn Hotel, et al.*, C/A No. 3:22-cv-00143-SALM, at doc. 9 (D. Conn. Feb. 28, 2022) (dismissing civil action for failure to comply with an order of the court)

14

*Johnson v. N.Y. State Ins. Fund*, C/A No. 3:22-cv-00257-SALM, 2022 WL 487241 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Powell, et al*., C/A No. 3:22-cv-00256-SALM, 2022 WL 487866 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *appeal dismissed* C/A No. 22-448 (2d Cir. Apr. 8, 2022) (dismissing appeal based on failure to comply with appellate prefiling restrictions)

*Johnson v. N.Y. State Div. of Hum. Rts., et al*., C/A No. 3:22-cv-00233-SALM, 2022 WL 487101 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Davidson Auto. Grp., et al*., C/A No. 3:22-cv-00231-SALM, 2022 WL 487099 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *appeal dismissed* C/A No. 22-452, 2022 WL 1763787 (2d Cir. 2022)

*Johnson v. McMahon, et al*., C/A No. 3:22-cv-00230-SALM, 2022 WL 487990 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *appeal dismissed* C/A No. 22-430 (2d Cir. Apr. 8, 2022) (dismissing appeal based on failure to comply with appellate prefiling restrictions)

*Johnson v. N.Y. State Div. of Hum. Rts., et al*., C/A No. 3:22-cv-00232-SALM, 2022 WL 487865 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *appeal dismissed* C/A No. 22-436 (2d Cir. Apr. 11, 2022) (dismissing appeal based on failure to comply with appellate prefiling restrictions)

*Johnson v. Rusin, et al*., C/A No. 3:22-cv-00146-SALM, 2022 WL 487233 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *appeal dismissed* C/A No. 22-455, 2022 WL 1763420 (2nd Cir. May 25, 2022)

*Johnson v. Chumsky*, C/A No. 3:22-cv-00145-SALM, 2022 WL 487232 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Jones, et al*., C/A No. 3:22-cv-00124-SALM, 2022 WL 487026 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Hilton, et al*., C/A No. 3:22-cv-00110-SALM, 2022 WL 486972 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure to state a claim) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

*Johnson v. Fenstermaker, et al*. C/A No. 3:22-cv-00101-SALM, 2022 WL 644909 (D. Conn. Feb. 17, 2022) (dismissing civil action for lack of subject matter jurisdiction and for failure

to state a claim) *request to appeal denied* 2022 WL 1763416 (2d Cir. May 26, 2022) (denying request to file appeal based on prefiling restrictions because of the vexatious nature of the proposed appellate filings)

**United States District Court for the District of Columbia**

*Johnson v. Trump, et al.*, C/A No. 1:23-cv-02528-UNA (D.D.C.) (pending)

*Johnson v. Dinapoli, et al.*, C/A No. 1:22-cv-00213-UNA, 2022 WL 539117 (D.D.C. Feb. 18, 2022) (dismissing civil action for failure to state a claim) *aff'd* C/A No. 22-7025, 2022 WL 2154049 (D.C. Cir. June 15, 2022)

*Johnson v. Nationwide Mut. Ins. Co., et al.*, C/A No. 1:19-cv-03470-UNA, at doc. 4 (D.D.C. Jan. 8, 2020) (dismissing civil action for failure to state a claim) *aff'd* 810 F. App'x 14 (D.C. Cir. June 3, 2020) (*mem.*)

*Johnson v. Progressive Max Ins. Co., et al.*, C/A No. 1:19-cv-03468-UNA, at doc. 4 (D.D.C. Jan. 8, 2020) (dismissing civil action for failure to state a claim) *aff'd* 810 F. App'x 15 (D.C. Cir. June 3, 2020) (*mem.*)

*Johnson v. Keybank Cap. Corp., et al.*, C/A No. 1:19-cv-03460-UNA, at doc. 4 (D.D.C. Jan. 7, 2020) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 20-5036 (D.C. Cir. May 4, 2020)

*Johnson v. Chittenden Cnty. State Att'ys Off., et al.*, C/A No. 1:19-cv-03076-UNA, at doc. 4 (D.D.C. Nov. 12, 2019) (dismissing civil action for lack of subject matter jurisdiction) *aff'd* 798 F. App'x 666 (D.C. Cir. 2020) (*mem.*)

**United States District Court for the District of Delaware**

*Johnson v. Phillips.*, C/A No. 1:24-cv-01030-CFC (D. Del.) (pending)

*Johnson v. Facebook, et al.*, C/A No. 1:23-cv-00961-CFC, 2024 WL 2721632 (D. Del. May 28, 2024) (dismissing civil action as frivolous)

*Johnson v. Cordner, et al.*, C/A No. 1:22-cv-00175, 2022 WL 2438665 (D. Del. July 5, 2022) (dismissing civil action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)) *appeal dismissed* C/A No. 22-2438 (3d Cir. Sept. 15, 2022)

*Johnson v. Enterprise Rent a Car, et al.*, C/A No. 1:22-cv-00108-CFC, 2022 WL 2438663 (D. Del. July 5, 2022) (dismissing civil action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)) *appeal dismissed* C/A No. 22-2921 (3d Cir. Dec. 28, 2022)

*Johnson v. Buffalo City Ct., et al.*, C/A No. 1:22-cv-00079-CFC, at doc. 8 (D. Del. Apr. 26, 2022) (transferring civil action to the United States District Court for the Western District of New York) *appeal dismissed* C/A No. 22-1941 (3d Cir. Aug. 24, 2022)

**United States District Court for the Middle District of Florida**

*Johnson v. W. N.Y. Indep. Living, Inc.*, C/A No. 8:24-cv-02402-SDM-CPT (M.D. Fla.) (pending)

*Johnson v. Argo Grp. Int'l Holdings, Inc.*, C/A No. 3:24-cv-01064-HES-PDB (M.D. Fla.) (pending)

*Johnson v. ASCAP, et al.*, C/A No. 8:22-cv-01853-WFJ-AEP, at doc. 3 (M.D. Fla. May 2, 2023) (dismissing civil action for failure to comply with a court order)

*Johnson v. Progressive Direct Auto, et al.*, C/A No. 8:19-cv-02103-T-36AAS, 2019 WL 6318426 (M.D. Fla. Nov. 26, 2019) (dismissing civil action for failure to state a claim and improper venue) *appeal dismissed* C/A No. 19-14789-G, 2020 WL 2944976 (11th Cir. 2020)

**United States District Court for the Southern District of Florida**

*Johnson v. Upstate Med. Univ.*, C/A No. 1:24-cv-23982-RKA (S.D. Fla.) (pending)

*Johnson v. Albolino*, C/A No. 1:24-cv-23780-DPG (S.D. Fla.) (pending)

*Johnson v. Reid Props.*, C/A No. 1:24-cv-23388-RKA, at doc. 5 (S.D. Fla. Sept. 5, 2024) (dismissing civil action for failure to state a claim with leave to amend)

*Johnson v. 1011778 B.C. Unlimited Liab. Co. Corp., et al.*, C/A No. 1:24-cv-22144-MD, at doc. 4 (S.D. Fla. June 10, 2024) (dismissing civil action for failure to state a claim)

**United States District Court for the Middle District of Georgia**

*Johnson v. Facebook, et al.*, C/A No. 1:23-cv-00155-LAG, at doc. 5 (M.D. Ga. Dec. 7, 2023) (dismissing civil action for failure to comply with a court order)

**United States District Court for the Northern District of Georgia**

*Johnson v. Reid Roofing Inc.*, C/A No. 1:24-cv-04458-WMR (N.D. Ga.) (pending)

*Johnson v. Diglio, et al.*, C/A No. 1:24-cv-04289-WMR (N.D. Ga.) (pending)

*Johnson v. Argonaut Ins. Co.*, C/A No. 1:24-cv-04169-WMR (N.D. Ga.) (pending)

*Johnson v. Onondaga Cnty. Soc. Servs. Temp. Assistance Undercare*, C/A No. 1:24-cv-03804-WMR (N.D. Ga.) (pending)

*Johnson v. Syracuse City Auditor*, C/A No. 1:24-cv-03756-WMR (N.D. Ga.) (pending)

*Johnson v. Equifax, et al.*, C/A No. 1:22-cv-00749-WMR, 2022 WL 1482015 (N.D. Ga. Apr. 1, 2022) (dismissing civil action as frivolous and for failure to comply with an order of the court) *appeal dismissed* C/A No. 22-11567-A, 2022 WL 16640654 (11th Cir. 2022)

*Johnson v. Gov. Emps. Ins. Co., et al.*, C/A No. 1:20-cv-00208-WMR, 2020 WL 13997944 (N.D. Ga. Feb. 10, 2020) (dismissing civil action as frivolous and for failure to state a claim)

**United States District Court for the District of Hawaii**

*Johnson v. Syracuse Police Dep't*, C/A No. 1:24-cv-00444-LEK-KJM (D. Haw.) (pending)

*Johnson v. BL Watertown LLC*, C/A No. 1:24-cv-00416-LEK-KJM (D. Haw.) (pending)

*Johnson v. Onaganda Cnty. Sheriffs Dep't*, C/A No. 1:24-cv-00368-MWJS-RT (D. Haw.) (pending)

*Johnson v. Phillips*, C/A No. 1:24-cv-00399-RT (D. Haw.) (pending)

*Johnson v. Wendys Rest.*, C/A No. 1:24-cv-00398-LEK-RT (D. Haw.) (pending)

*Johnson v. Mossow*, C/A No. 1:24-cv-00394-LEK-WRP (D. Haw.) (pending)

*Johnson v. N.Y. State Dep't of Labor, Unemployment Ins. Div.*, *et al.*, C/A No. 1:24-cv-00441-JAO-KJM, at doc. 6 (D. Haw. Oct. 10, 2024) (dismissing civil action for failure to state a claim)

*Johnson v. CNY Reg'l Mkt.*, C/A No. 1:24-cv-00393-DKW-RT, 2024 WL 4225931 (D. Haw. Sept. 18, 2024) (dismissing civil action for improper venue)

*Johnson v. Haw. Fin. & Food Stamps Off.*, C/A No. 1:24-cv-00361-JMS-WRP, at doc. 11 (D. Haw. Oct. 16, 2024) (dismissing civil action for failure to prosecute)

*Johnson v. Facebook, et al.*, C/A No. 1:23-cv-00391-DKW-WRP, 2023 WL 8281601 (D. Haw. Nov. 30, 2023) (dismissing civil action for failure to state a claim)

**United States District Court for the District of Idaho**

*Johnson v. Lou*, C/A No. 1:24-cv-00404-BLW (D. Idaho) (pending)

**United States District Court for the Central District of Illinois**

*In re Carrols Corp.*, C/A No. 3:24-cv-03044-CRL, 2024 WL 4246781 (C.D. Ill. Aug. 21, 2024) (affirming bankruptcy court and dismissing the bankruptcy appeal as abusing the process)

*Johnson v. May, et al.*, C/A No. 1:19-cv-01390-JBM-TSH, at doc. 15 (C.D. Ill. June 1, 2020) (dismissing civil action for failure to state a claim)

**United States District Court for the Northen District of Illinois**

*Johnson v. Carpenter, Lipps & Leland, LLP, et al.*, C/A No. 1:19-cv-08307, at doc. 24 (N.D. Ill. Oct. 29, 2020) (dismissing civil action for failure to state a claim)

**United States District Court for the Southern District of Illinois**

*Johnson v. Weeks, et al.*, C/A No. 3:23-cv-03120-JRB, at doc. 18 (S.D. Ill. Oct. 4, 2024) (dismissing civil action for failure to prosecute and failure to comply with court order)

*Johnson v. Facebook, et al.*, C/A No. 3:23-cv-03064-JRB, at doc. 19 (S.D. Ill. Oct. 4, 2024) (dismissing civil action for failure to prosecute and failure to comply with court order)

**United States District Court for the Southern District of Indiana**

*Johnson v. Syracuse Police Dep't*, C/A No. 1:24-cv-01584-JPH-MG (S.D. Ind.) (pending)

*Johnson v. Quality is our Recipe, LLC*, C/A No. 1:24-cv-01583-JPH-MJD (S.D. Ind.) (pending)

*Johnson v. Facebook, et al.*, C/A No. 1:23-cv-01560-SEB-KMB, at doc. 5 (S.D. Ind. Sept. 5, 2023) (dismissing civil action with prejudice as frivolous with a warning regarding sanctions)

*Johnson v. Pa. Cobra Benefits, et al*., C/A No. 1:22-cv-00230-JRS-DLP, at doc. 12 (S.D. Ind. May 4, 2022) (dismissing civil action for failure to state a claim)

*Johnson v. ADESA, et al*., C/A No. 1:19-cv-04754-JPH-MJD, at doc. 12 (S.D. Ind. Aug. 7, 2020) (dismissing civil action for lack of jurisdiction), *appeal dismissed* C/A No. 20-2730 (7th Cir. Feb. 19, 2021)

**United States District Court for the Northern District of Iowa**

*Johnson v. President of the U.S. Donald Trump, et al*., C/A No. 1:23-cv-00074-LTS-MAR, at doc. 3 (N.D. Iowa Sept. 20, 2024) (dismissing civil action for failure to state a claim)

**United States District Court for the Southern District of Iowa**

*Johnson v. The Wendys Co., et al*., C/A No. 4:24-cv-00323-SMR-HCA (S.D. Iowa) (pending)

*Johnson v. Carrols Corp., et al*., C/A No. 4:24-cv-00183-SMR-HCA, at doc. 3 (S.D. Iowa June 3, 2024) (dismissing civil action for failure to state a claim)

**United States District Court for the District of Kansas**

*Johnson v. Carrols Corp., et al*., C/A No. 2:24-cv-02223-HLT-TJJ, at doc. 5 (D. Kan. July 12, 2024) (dismissing civil action for failure to state a claim)

*Johnson v. Facebook, et al*., C/A No. 2:23-cv-02377-KHV-TJJ, 2023 WL 11872626 (D. Kan. Sept. 1, 2023) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)), *report and recommendation adopted by* doc. 8 (D. Kan. Sept. 26, 2023)

**United States District Court for the Eastern District of Kentucky**

*Johnson v. Whiteside*, C/A No. 5:24-cv-00238-GFVT, at doc. 6 (E.D. Ky. Oct. 7, 2024) (dismissing civil action for failure to state a claim)

*Johnson v. Syracuse Police Dep't*, C/A No. 2:24-cv-00146-DLB, a doc. 6 (E.D. Ky. Sept. 18, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Robert J. Carter Trust*, C/A No. 5:24-cv-00248-KKC, at doc. 6 (E.D. Ky. Sept. 17, 2024) (dismissing civil action as frivolous)

*Johnson v. Town of Clay*, C/A No. 5:24-cv-00247-KKC, at doc. 6 (E.D. Ky. Sept. 16, 2024) (dismissing civil action as frivolous)

*Johnson v. McCray*, C/A No. 2:24-cv-00142-DLB, at doc. 5 (E.D. Ky. Sept. 27, 2024) (dismissing civil action as frivolous)

*Johnson v. Reid*, C/A No. 2:24-cv-00131-DLB, at doc. 6 (E.D. Ky. Aug. 27, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Ohio Indus. Comm'n, et al*., C/A No. 2:24-cv-00055-DCR, at doc. 3 (E.D. Ky. Apr. 17, 2024) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 24-5439 (6th Cir. June 3, 2024)

*Johnson v. Trump, et al.*, C/A No. 6:23-cv-00164-CHB, at doc. 6 (E.D. Ky. Sept. 1, 2023) (dismissing civil action for failure to state a claim)

*Johnson v. Doubletree Corp.*, C/A No. 2:22-cv-00046-DCR, at doc. 5 (E.D. Ky. Apr. 8, 2022) (transferring civil action to the United States District Court for the Northern District of Ohio)

*Johnson v. Cleveland Marriott E.*, C/A No. 2:22-cv-00045-HRW, at doc. 5 (E.D. Ky. Apr. 11, 2022) (transferring civil action to the United States District Court for the Northern District of Ohio)

*Johnson v. Ramada Inn by Wyndham*, C/A No. 2:22-cv-00044-KKC, at doc. 5 (E.D. Ky. Apr. 11, 2022) (transferring civil action to the United States District Court for the Northern District of Ohio)

*Johnson v. Royal Inn & Suites*, C/A No. 2:22-cv-00015-KKC, 2022 WL 532938 (E.D. Ky. Feb. 22, 2022) (dismissing civil action for failure to comply with Rule 8 of the Federal Rules of Civil Procedure)

**United States District Court for the Eastern District of Louisiana**

*Johnson v. Whiteside*, C/A No. 2:24-cv-02217-GGG-EJD (E.D. La.) (pending)

**United States District Court for the Western District of Louisiana**

*Johnson v. LA Dep't Children & Family Servs.*, C/A No. 6:24-cv-01362-DCJ-DJA (W.D. La.) (pending)

**United States District Court for the District of Maine**

*Johnson v. Colvin Post Off., et al.*, C/A No. 2:24-cv-00324-NT, 2024 WL 4518945 (D. Me. Oct. 17, 2024) (dismissing civil action for improper venue and imposing prefiling restrictions)

*Johnson v. Reid*, C/A No. 2:24-cv-00301-NT, 2024 WL 4518943 (D. Me. Oct. 17, 2024) (dismissing civil action for improper venue)

*Johnson v. Waterville Health & Welfare*, C/A No. 1:24-cv-00303-NT, 2024 WL 4388481 (D. Me. Oct. 2, 2024) (dismissing civil action for failure to state a claim and warning that "filing restrictions 'may be in the offing'" because of the plaintiff's baseless filings in federal courts)

*Johnson v. Trump, et al.*, C/A No. 1:23-cv-00331-NT, 2023 WL 6845137 (D. Me. Oct. 17, 2023) (dismissing civil action pursuant to 28 U.S.C. § 1915)

**United States District Court for the District of Maryland**

*Johnson v. Carrols Corp., et al.*, C/A No. 1:24-cv-01548-MJM, at doc. 4 (D. Md. June 20, 2024) (dismissing civil action for improper venue)

*Johnson v. Facebook, et al.*, C/A No. 1:23-cv-02368-SAG, at doc. 4 (D. Md. Sept. 12, 2023) (dismissing civil action for failure to state a claim)

*Johnson v. Comm'r, Soc. Sec. Admin.*, C/A No. 1:19-cv-02593-RDB, 2020 WL 13605447 (D. Md. Apr. 27, 2020) (dismissing civil action on motion from the Commissioner)

*Johnson v. Comm'r Soc. Sec. Admin.*, C/A No. 1:19-cv-01931-MDLB, 2020 WL 1325088 (D. Md. Mar. 20, 2020) (dismissing social security appeal for improper venue)

**United States District Court for the District of Massachusetts**

*Johnson v. ASCAP*, C/A No. 1:24-cv-12648-MJJ (D. Mass.) (pending)

*Johnson v. Credit Collection Servs., et al.*, C/A No. 1:19-cv-11872-FDS, at doc. 9 (D. Mass. Nov. 13, 2019) (dismissing civil action for failure to comply with an order of the court) *aff'd* C/A No. 19-2168 (1st Cir. Nov. 30, 2021)

**United States District Court for the Eastern District of Michigan**

*Johnson v. Reid*, C/A No. 2:24-cv-12439-DPH-KGA, at doc. 4 (E.D. Mich. Sept. 17, 2024) (dismissing civil action for failure to state a claim and as frivolous)

*Johnson v. Sullivan, et al.*, C/A No. 2:22-cv-12093-TGB-APP, at doc. 6 (E.D. Mich. Oct. 25, 2022) (transferring civil action to the United States District Court for the Northern District of Ohio)

*Johnson v. DeWine, et al.*, C/A No. 4:22-cv-12083-SDK-JJCG, at doc. 6 (E.D. Mich. Oct. 11, 2022) (transferring civil action to the United States District Court for the Southern District of Ohio)

*Johnson v. N. Cent. Ohio Rehab. Ctr., et al.*, C/A No. 2:22-cv-12094-LVP-JJCG, at doc. (E.D. Mich. Sept. 19, 2022) (transferring civil action to the United States District Court for the Northern District of Ohio) *appeal dismissed* C/A No. 22-1922 (6th Cir. Nov. 9, 2022)

*Johnson v. FBI CJIS Div., et al.*, C/A No. 2:22-cv-11817-GAD-EAS, at doc. 8 (E.D. Mich. Oct. 31, 2022) (dismissing civil action for lack of subject matter jurisdiction)

*Johnson v. Ashland Cnty. Sheriff's Off., et al.*, C/A No. 2:22-cv-11960-LJM-JJCG, 2022 WL 4491064 (E.D. Mich. Sept. 27, 2022) (dismissing civil action for failure to state a claim)

*Johnson v. Young, et al.*, C/A No. 2:22-cv-11842-DPH-APP, 2022 WL 4002888 (E.D. Michigan Sept. 1, 2022) (transferring civil action to the United States District Court for the Southern District of Ohio)

*Johnson v. Ohio Bureau of Motor Vehicles, et al.*, C/A No. 2:22-cv-11756-TGB-DRB, at doc. 8 (E.D. Mich. Oct. 25, 2022) (transferring civil action to the United States District Court for the Northern District of Ohio)

*Johnson v. Lake Cnty. Juv. Court, et al.*, C/A No. 2:22-cv-11758-GCS-APP, at doc. 5 (E.D. Mich. Aug. 4, 2022) (dismissing civil action for failure to state a claim, lack of personal jurisdiction, improper venue, and based on sovereign immunity) *aff'd* C/A No. 22-1734 (6th Cir. May 23, 2023)

*Johnson v. Legacy Staffing LLC, et al.*, C/A No. 2:22-cv-11757-GCS-JJCG, at doc. 5 (E.D. Mich. Aug. 4, 2022) (dismissing civil action for failure to state a claim, lack of personal jurisdiction, improper venue, and based on sovereign immunity) *appeal dismissed* C/A No. 22-1737 (6th Cir. Nov. 23, 2022)

**United States District Court for the Western District of Michigan**

*Johnson v. Trump, et al.*, C/A No. 1:23-cv-00947-JMB-RSK, at doc. 7 (W.D. Mich. Oct. 11, 2023) (dismissing civil action for failure to comply with an order of the court) *appeal dismissed* C/A No. 23-1953 (6th Cir. Dec. 20, 2023)

*Johnson v. Equifax Info. Servs, et al*., C/A No. 1:22-cv-00072-HYJ-PJG, 2022 WL 1591562 (W.D. Mich. May 19, 2022) (dismissing civil action for failure to state a claim)

**United States District Court for the District of Minnesota**

*Johnson v. Trump, et al*., C/A No. 0:23-cv-02653-ECT-DLM, at doc. 4 (D. Minn. Aug. 31, 2023) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)) *aff'd* C/A No. 23-3122 (8th Cir. Oct. 24, 2023)

**United States District Court for the Southern District of Mississippi**

*Johnson v. Trump, et al*., C/A No. 3:23-cv-00566-KHJ-LGI, 2023 WL 8483512 (S.D. Miss. Dec. 7, 2023) (dismissing civil action for failure to comply with orders of the court and for lack of subject matter jurisdiction)

**United States District Court for the Eastern District of Missouri**

*Johnson v. Safety Nat'l Cas. Ins.*, C/A No 2:22-cv-04017-NKL, at doc. 2 (E.D. Mo. Feb. 14, 2022) (dismissing civil action for failure to comply with a court order) *aff'd* C/A No. 22-1464 (8th Cir. May 2, 2022)

*Johnson v. Nat'l Credit Mgmt., et al*., C/A No. 4:19-cv-02573-PLC, 2020 WL 1031397 (E.D. Mo. Mar. 2, 2020) (dismissing civil action for failure to comply with a court order)

**United States District Court for the District of Montana**

*Johnson v. 101178 B.C. Unlimited Liab. Co., et al*., C/A No. 2:24-cv-00043-BMM (D. Mont.) (pending)

*Johnson v. Syracuse Police Dep't*, C/A No. 1:24-cv-00131-TJC, at doc. 5 (D. Mont. Oct. 8, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Phillips*, C/A No. 1:24-cv-00130-TJC, at doc. 4 (D. Mont. Oct. 8, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Facebook, et al*., C/A No. 4:23-cv-00052-BMM, at doc. 7 (D. Mont. Jan. 23, 2024) (dismissing civil action for failure to state a claim)

**United States District Court for the District of Nebraska**

*Johnson v. Trump, et al*., C/A No. 8:23-cv-00386, 2024 WL 4202443 (D. Neb. Sept. 16, 2024) (dismissing civil action as frivolous and for failure to comply with orders of the court)

**United States District Court for the District of Nevada**

*Johnson v. McMahon*, C/A No. 2:24-cv-01927-BNW (D. Nev.) (pending)

*Johnson v. Ponticello*, C/A No. 2:24-cv-01728-JAD-DJA (D. Nev.) (pending)

*Johnson v. Div. of Welfare and Supportive Servs.*, C/A No. 2:24-cv-01578-RFB-NJK, at doc. 8 (D. Nev. Oct. 21, 2024) (dismissing civil action for failure to state a claim)

*Johnson v. Commonwealth Hosp., LLC*, C/A No. 2:24-cv-00590-RFB-NJK, 2024 WL 1554239 (D. Nev. Apr. 10, 2024) (transferring civil action to the United States District Court for the Northern District of Ohio) *appeal dismissed* C/A No. 24-2454 (9th Cir. June 20, 2024)

*Johnson v. Facebook, et al.*, C/A No. 2:23-cv-01396-CDS-NJK, 2023 WL 8665016 (D. Nev. Dec. 15, 2023) (dismissing civil action as duplicative)

**United States District Court for the District of New Hampshire**

*Johnson v. Wendy's Rest.*, C/A No. 1:24-cv-00303-SM-TSM (D.N.H.) (pending)

*Johnson v. Haza Grp.*, C/A No. 1:24-cv-00302-SE-AJ (D.N.H.) (pending)

*Johnson v. Syracuse City Auditor*, C/A No. 1:24-cv-00285-LM-AJ (D.N.H.) (pending)

*Johnson v. Supervisor Ct. Clerk, City Ct., Syracuse, N.Y.*, C/A No. 1:24-cv-00266-JL-TSM, at doc. 3 (D.N.H. Sept. 9, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Facebook, et al.*, C/A No. 1:23-cv-00410-JL-AJ, at doc. 7 (D.N.H. Nov. 21, 2023) (dismissing civil action for failure to state a claim)

*Johnson v. Lynch, et al.*, C/A No 1:21-cv-01065-SE-AJ, 2022 WL 713123 (D.N.H. Feb. 18, 2022) (dismissing civil action for lack of jurisdiction and due to immunity) *aff'd* C/A No. 22-1162, 2022 WL 4074538 (1st Cir. Aug. 22, 2022)

**United States District Court for the District of New Jersey**

*Johnson v. Sedgwick*, C/A No. 2:24-cv-09213-ES-MAH (D.N.J.) (pending)

*Johnson v. 1011778 B.C. Unlimited Liab. Co., et al.*, C/A No. 3:24-cv-06914-RK-JBD, at doc. 4 (D.N.J. July 9, 2024) (closing civil action and withdrawing complaint based on failure to comply with an order of the court)

*Johnson v. Facebook, et al.*, C/A No. 3:23-cv-12399-MAS-DEA, at doc. 7 (D.N.J. May 24, 2024) (dismissing civil action for failure to prosecute)

*Johnson v. Ibis Styles Hotel, et al.*, C/A No. 2:22-cv-00588-BRM-AME, 2022 WL 3227189 (D.N.J. Aug. 9, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*) *appeal dismissed as moot*, C/A No. 22-1468, 2023 WL 2524468 (3d Cir. Mar. 15, 2023)

*Johnson v. Trinitas Hosp., et al.*, C/A No. 2:22-cv-00408-BRM-LDW, 2022 WL 3227135 (D.N.J. Aug. 9, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*)

*Johnson v. Pace, et al.*, C/A No. 2:22-cv-00407-BRM-LDW, 2022 WL 3227143 (D.N.J. Aug. 9, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*)

*Johnson v. ISS at Mars, et al.*, C/A No. 2:22-cv-00406-BRM-LDW, 2022 WL 3227142 (D.N.J. Aug. 9, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*) *appeal dismissed*, C/A No. 22-2631, 2023 WL 5671301 (3d Cir. Apr. 18, 2023)

*Johnson v. Vroman, et al.*, C/A No. 2:22-cv-00352-BRM-LDW, at doc. 3 (D.N.J. Jan. 26, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*)

*Johnson v. Lamprey, et al.*, C/A No. 2:22-cv-00351-BRM-LDW, at doc. 3 (D.N.J. Jan. 26, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*) *appeal dismissed* C/A No. 22-1445 (3d Cir. Aug. 24, 2022)

*Johnson v. Plymouth Rock Assurance, et al.*, C/A No. 2:22-cv-00350-BRM-LDW, at doc. 3 (D.N.J. Jan. 26, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*) *appeal dismissed* C/A No. 22-1465 (3d Cir. July 19, 2022)

*Johnson v. Rawson Food Servs., Inc., et al.*, C/A No. 2:22-cv-00345-BRM-LDW, at doc. 5 (D.N.J. January 26, 2022) (dismissing civil action and denying leave to proceed *in forma pauperis*)

**United States District Court for the District of New Mexico**

*Johnson v. Quality is our Recipe LLC*, C/A No. 1:24-cv-00923-KWR-JMR, 2024 WL 4286359 (D.N.M. Sept. 25, 2024) (dismissing civil action for improper venue and imposing prefiling restrictions)

*Johnson v. Phillips*, C/A No. 1:24-cv-00922-DHU-JMR, 2024 WL 4286842 (D.N.M. Sept. 25, 2024) (dismissing civil action for improper venue)

*Johnson v. Robert J. Carter Trust*, C/A No. 1:24-cv-00913-LF, at doc. 4 (D.N.M. Sept. 18, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Marion*, C/A No. 1:24-cv-00890-KRS, at doc. 5 (D.N.M. Sept. 12, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Trump, et al.*, C/A No. 1:23-cv-00723-KWR-LF, 2023 WL 6279059 (D.N.M. Sept. 26, 2023) (dismissing civil action for failure to state a claim and failure to comply with orders of the court)

**United States District Court for the Eastern District of New York**

*Johnson v. 101178 B.C. Unlimited Liab. Co., et al.*, C/A No. 1:24-cv-07264-RER-PK, at doc. 4 (E.D.N.Y. Oct. 21, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Ponticello*, C/A No. 1:24-cv-06497-RER-PK, at doc. 4 (E.D.N.Y. Sept. 24, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Mossow*, C/A No. 1:24-cv-06496-RER-PK, at doc. 4 (E.D.N.Y. Sept. 24, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Reid*, C/A No. 1:24-cv-06244-RER-PK, at doc. 4 (E.D.N.Y. Sept. 9, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

**United States District Court for the Northen District of New York**

*Johnson v. Allied Universal/Sec. Supervisor Alex, et al.*, C/A No. 5:22-cv-00425-TJM-ATB, 2022 WL 17724022 (N.D.N.Y. Dec. 15, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i))

*Johnson v. Vera House, et al.*, C/A No. 5:22-cv-00467-MAD-TWD, 2022 WL 7364864 (N.D.N.Y. Oct. 12, 2022) (dismissing civil action as frivolous)

*Johnson v. N.Y. State Div. of Hum. Rts.*, C/A No. 5:22-cv-00466-MAD-TWD, 2022 WL 7364864 (N.D.N.Y. Oct. 12, 2022) (dismissing civil action as frivolous)

*Johnson v. Powell*, C/A No. 5:22-cv-00465-MAD-TWD, 2022 WL 7364864 (N.D.N.Y. Oct. 12, 2022) (dismissing civil action as frivolous)

*Johnson v. Rusin*, C/A No. 5:22-cv-00464-MAD-TWD, 2022 WL 7364864 (N.D.N.Y. Oct. 12, 2022) (dismissing civil action as frivolous)

*Johnson v. McMahon*, C/A No. 5:22-cv-00463-MAD-TWD, 2022 WL 7364864 (N.D.N.Y. Oct. 12, 2022) (dismissing civil action as frivolous)

*Johnson v. Aaron, et al.*, C/A No. 5:22-cv-00426-BKS-ATB, 2022 WL 3716256 (N.D.N.Y. Aug. 29, 2022) (dismissing civil action as frivolous)

*Johnson v. Watervliet Hous. Auth., et al.*, C/A No. 5:22-cv-00389-GLS-ML, at doc. 9 (N.D.N.Y. Aug. 22, 2022) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and failure to comply with an order of the court) *appeal dismissed* C/A No. 22-1944 (2d Cir. 2022)

*Johnson v. Jefferson, et al.*, C/A No. 5:22-cv-00424-GLS-ML, at doc. 13 (N.D.N.Y. Aug. 2, 2022) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and failure to comply with an order of the court) *appeal dismissed* C/A No. 22-1815 (2d Cir. 2022)

*Johnson v. Rodeway Inn Syracuse, et al.*, C/A No. 5:22-cv-00396-GLS-ML, at doc. 16 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A Nos. 22-1489, 22-1774 (2d Cir. 2022)

*Johnson v. Comfort Inn Syracuse-Carrier Circle, et al.*, C/A No. 5:22-cv-00421-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1938 (2d Cir. 2022)

*Johnson v. Marriott Syracuse Downtown, et al.*, C/A No. 5:22-cv-00420-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1939 (2d Cir. 2022)

*Johnson v. Hampton Inn & Suites Syracuse/Carrier Circle, et al.*, C/A No. 5:22-cv-00419-GLS-ML, at doc. 7 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1924 (2d Cir. 2022)

25

*Johnson v. Fairfield Marriott Syracuse Carrier Circle, et al*., C/A No. 5:22-cv-00418-GLS-ML, at doc. 9 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1943 (2d Cir. 2022)

*Johnson v. Home Town Inn by Red Roof, et al*., C/A No. 5:22-cv-00417-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1905 (2d Cir. 2022)

*Johnson v. Residence Inn, et al*., C/A No. 5:22-cv-00416-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1907 (2d Cir. 2022)

*Johnson v. Cresthill Suites, et al*., C/A No. 5:22-cv-00415-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1902 (2d Cir. 2022)

*Johnson v. Embassy Suites by Hilton*, *et al*., C/A No. 5:22-cv-00414-GLS-ML, at doc. 7 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1936 (2d Cir. 2022)

*Johnson v. Ramada by Wyndham E. Syracuse Carrier Circle, et al*., C/A No. 5:22-cv-00413-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1945 (2d Cir. 2022)

*Johnson v. Springhill Suites Syracuse Carrier Circle, et al*., C/A No. 5:22-cv-00412-GLS-ML, at doc. 7 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1901 (2d Cir. 2022)

*Johnson v. Candlewood Suites E. Syracuse, et al*., C/A No. 5:22-cv-00411-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1926 (2d Cir. 2022)

*Johnson v. Motel 6, et al*., C/A No. 5:22-cv-00410-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1946 (2d Cir. 2022)

*Johnson v. Best Western PLUS, et al*., C/A No. 5:22-cv-00409-GLS-ML, at doc. 7 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1925 (2d Cir. 2022)

*Johnson v. Exec. E. Syracuse Hotel, LLC, et al*., C/A No. 5:22-cv-00408-GLS-ML, at doc. 9 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1941 (2d Cir. 2022)

*Johnson v. Doubletree by Hilton Syracuse, et al*., C/A No. 5:22-cv-00407-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1891 (2d Cir. 2022)

*Johnson v. Red Roof Inn #157, et al.*, C/A No. 5:22-cv-00406-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1934 (2d Cir. 2022)

*Johnson v. Extended Stay Am., Inc., et al.*, C/A No. 5:22-cv-00405-GLS-ML, at doc. 7 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1890 (2d Cir. 2022)

*Johnson v. Americas Best Value Inn, et al.*, C/A No. 5:22-cv-00404-GLS-ML, at doc. 7 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1919 (2d Cir. 2022)

*Johnson v. Days Inn by Wyndham Syracuse, et al.*, C/A No. 5:22-cv-00403-GLS-ML, at doc. 8 (N.D.N.Y. Aug. 2, 2022) (consolidating several cases and dismissing them for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 22-1964 (2d Cir. 2022)

*Johnson v. NICS, et al.*, C/A No. 5:22-cv-00523-BKS-ATB, 2022 WL 2955007 (N.D.N.Y. July 26, 2022) (dismissing civil action as frivolous)

*Johnson v. Ault, et al.*, C/A No. 5:22-cv-00474-LEK-ATB, 2022 WL 2865972 (N.D.N.Y. July 21, 2022) (dismissing civil action as frivolous)

*Johnson v. Home Town Inn by Red Roof, et al.*, C/A No. 5:22-cv-00540-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous)

*Johnson v. Doubletree by Hilton Syracuse, et al.*, C/A No. 5:22-cv-00539-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous)

*Johnson v. Candlewood Suites E. Syracuse, et al.*, C/A No. 5:22-cv-00538-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *request to appeal denied* C/A No. 22-1586 (2d Cir. 2022)

*Johnson v. Days Inn by Wyndham Syracuse, et al.*, C/A No. 5:22-cv-00537-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1602 (2d Cir. 2022)

*Johnson v. Rodeway Inn by Choice Hotels, et al.*, C/A No. 5:22-cv-00536, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1564 (2d Cir. 2022)

*Johnson v. Exec. E. Syracuse Hotel LLC, et al.*, C/A No. 5:22-cv-00535-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1563 (2d Cir. 2022)

*Johnson v. Crest Hill Suites, et al.*, C/A No. 5:22-cv-00534-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1605 (2d Cir. 2022)

*Johnson v. Fairfield by Marriott Syracuse Carrier Circle., et al.*, C/A No. 5:22-cv-00533-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *request to appeal denied* C/A No. 22-1578 (2d Cir. 2022)

*Johnson v. Americas Best Value Inn, et al*., C/A No. 5:22-cv-00532-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1593 (2d Cir. 2022)

*Johnson v. Embassy Suites by Hilton, et al*., C/A No. 5:22-cv-00531-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1576 (2d Cir. 2022)

*Johnson v. Motel 6, et al*., C/A No. 5:22-cv-00530-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1583 (2d Cir. 2022)

*Johnson v. Hampton by Hilton, et al*., C/A No. 5:22-cv-00529-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1601 (2d Cir. 2022)

*Johnson v. Red Roof Inn #157, et al*., C/A No. 5:22-cv-00528-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1575 (2d Cir. 2022)

*Johnson v. Springhill Suites Syracuse Carrier Circle, et al.*, C/A No. 5:22-cv-00527-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1613 (2d Cir. 2022)

*Johnson v. Best Western Plus, et al*., C/A No. 5:22-cv-00526-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1568 (2d Cir. 2022)

*Johnson v. Extended Stay America, et al*., C/A No. 5:22-cv-00524-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1592 (2d Cir. 2022)

*Johnson v. Courtyard Erie Bayfront, et al*., C/A No. 5:22-cv-00514-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1595 (2d Cir. 2022)

*Johnson v. Springhill Suites Cleveland Indep., et al.*, C/A No. 5:22-cv-00513-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *request to appeal denied* C/A No. 22-1596 (2d Cir. 2022)

*Johnson v. Quality Inn & Suites Downtown, et al*., C/A No. 5:22-cv-00512-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *request to appeal denied* C/A No. 22-1562 (2d Cir. 2022)

*Johnson v. Courtyard Syracuse Downtown at Armory Square, et al*., C/A No. 5:22-cv-00511-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1580 (2d Cir. 2022)

*Johnson v. Ramada Carrier Circle, et al*., C/A No. 5:22-cv-00480-DNH-ATB, 2022 WL 2663391 (N.D.N.Y. July 11, 2022) (dismissing civil action as frivolous) *appeal dismissed* C/A No. 22-1585 (2d Cir. 2022)

*Johnson v. ESIS, Inc.*, C/A No. 5:22-cv-00457-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Schenectady Cnty. EFCU*, C/A No. 5:22-cv-00456-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Gibbs*, C/A No. 5:22-cv-00455-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Jefferson Cnty. DSS*, C/A No. 5:22-cv-00454-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Hum. Res. Admin. Dep't of Homeless Servs.*, C/A No. 5:22-cv-00453-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Black River Apartments*, C/A No. 5:22-cv-00452-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Vera House*, C/A No. 5:22-cv-00451-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Synchrony Bank*, C/A No. 5:22-cv-00450-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. N.Y. State Div. of Hum. Rts.*, C/A No. 5:22-cv-00449-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Bitrategaming*, C/A No. 5:22-cv-00448-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. EmPro*, C/A No. 5:22-cv-00447-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Bond, Schoeneck & King LLC*, C/A No. 5:22-cv-00446-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Trustage*, C/A No. 5:22-cv-00445-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Gibson, McAskill & Crosby, LLP*, C/A No. 5:22-cv-00444-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. U.S. Postal Serv.*, C/A No. 5:22-cv-00443-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Rosetti*, C/A No. 5:22-cv-00442-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Monro Muffler Brake & Serv.*, C/A No. 5:22-cv-00441-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Rushlow Enters., Inc.*, C/A No. 5:22-cv-00440-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Russo*, C/A No. 5:22-cv-00439-GTS-TWD, 2022 WL 2230347 (N.D.N.Y. June 21, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Richland Cnty. Jail, et al.*, C/A No. 9:22-cv-00475-TJM-ML, at doc. 4 (N.D.N.Y. May 31, 2022) (transferring civil action to the United States District Court for the Northen District of Ohio) *appeal dismissed* C/A No. 22-1572 (2d Cir. 2022)

*In re Johnson*, C/A No. 5:22-pf-00003-BKS, at doc. 4 (N.D.N.Y. May 19, 2022) (imposing prefiling restrictions on the plaintiff)

*Johnson v. Fischer, et al.*, C/A No. 1:19-cv-01384-TJM-DJS, 2020 WL 758964 (N.D.N.Y. Feb. 14, 2020) (dismissing civil action for failure to state a claim), *report and recommendation adopted by* doc. 8 (N.D.N.Y. Mar. 23, 2020)

*Johnson v. State of N.Y., et al.*, C/A No. 9:15-cv-01513-GLS-TWD, at doc. (N.D.N.Y. Apr. 25, 2016) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii))

**United States District Court for the Southern District of New York**

*Johnson v. Argo Grp.*, C/A No. 1:24-cv-07019-LTS, at doc. 5 (S.D.N.Y. Sept. 23, 2024) (dismissing civil action for failure to comply with prefiling restrictions)

*Johnson v. Argonaut Ins. Co.*, C/A No. 1:24-cv-07017-LTS, at doc. 8 (S.D.N.Y. Sept. 19, 2024) (dismissing civil action for failure to comply with prefiling restrictions)

*Johnson v. Clerk Lou of City of Syracuse City Court*, C/A No. 1:24-cv-06919-LTS, at doc. 5 (S.D.N.Y. Sept. 19, 2024) (dismissing civil action for failure to comply with prefiling restrictions)

*Johnson v. Robbins, et al.*, C/A No. 1:23-cv-06931-LTS, at doc. 3 (S.D.N.Y. Aug. 28, 2023) (dismissing civil action for failure to comply with prefiling restrictions) *appeal dismissed* C/A No. 23-1332 (2d Cir. Jan. 29, 2024)

*Johnson v. Erie Cnty. Med. Ctr. Corp., et al.*, C/A No. 1:22-cv-10239-LTS, 2023 WL 2465322 (S.D.N.Y. Feb. 3, 2023) (transferring civil action to the United States District Court for the Western District of New York)

*Johnson v. Tunecore, et al.*, C/A No. 1:22-cv-06460-LTS, at doc. 2 (S.D.N.Y. Aug. 1, 2022) (dismissing civil action for failure to comply with prefiling restrictions)

*Johnson v. Brosnan Risk Consultants*, C/A No. 1:22-cv-03805-LTS, at doc. 6 (S.D.N.Y. May 12, 2022) (dismissing civil action for failure to comply with prefiling restrictions)

*Johnson v. Wendy's Corp., et al.*, C/A No. 1:19-cv-08157-MKV, 2021 WL 243055 (S.D.N.Y. Jan. 25, 2021) (granting summary judgment to the defendants and finding the plaintiff's claims time barred)

*Johnson v. MTA-N.Y. City Transit, et al.*, C/A No. 1:19-cv-03345-VEC-RWL, at doc. 30 (S.D.N.Y. Nov. 2, 2020) (dismissing civil action for failure to prosecute)

*Johnson v. N.Y. Police Dep't, et al.*, C/A No. 1:20-cv-01368-CM, at docs. 3; 4

(S.D.N.Y. Aug. 13, 2020) (dismissing civil action based on prefiling restrictions)

*Johnson v. Wolfe, et al.*, C/A No. 1:19-cv-07337-GHW, at docs. 8; 9 (S.D.N.Y. July 13, 2020) (dismissing civil action for failure to state a claim, as frivolous, and for seeking relief against defendants immune from suit and imposing prefiling restrictions) *appeal dismissed* C/A No. 19-3891, 2020 WL 2544909 (2d Cir. 2020) (dismissing appeal and warning regarding the entry of appellate prefiling restrictions)

*Johnson v. Norinsberg, et al.*, C/A No. 1:20-cv-03303-LLS, 2020 WL 2614727 (S.D.N.Y. May 21, 2020) (dismissed for lack of subject matter jurisdiction)

*Johnson v. State of N.Y., et al.*, C/A No. 1:20-cv-01164-CM, 2020 WL 8970651 (S.D.N.Y. Mar. 16, 2020) (transferring some claims to the United States District Court for the Northern District of New York and some to the United States District Court for the Western District of New York)

*Johnson v. Saul*, C/A No. 1:19-cv-03749-SDA, 2020 WL 1140778 (S.D.N.Y. Mar. 9, 2020) (dismissing social security appeal on motion from the Commissioner)

*Johnson v. Buffalo Police Dep't, et al.*, C/A No. 1:20-cv-01549-CM, at doc. 3 (S.D.N.Y. Mar. 6, 2020) (transferring civil action to the United States District Court for the Western District of New York)

*Johnson v. Dep't of Soc. Servs., et al.*, C/A No. 1:20-cv-01369-CM, at doc. 3 (S.D.N.Y. Feb. 24, 2020) (transferring civil action to the United States District Court for the Western District of New York) *appeal dismissed* C/a No. 20-0890 (2d Cir. June 19, 2020)

*Johnson v. N.Y. State Ins. Fund, et al.*, C/A No. 1:19-cv-11831-CM, 2020 WL 764036 (S.D.N.Y. Feb. 14, 2020) (dismissing civil action as frivolous pursuant to 28 U.S.C. 1915(e)(2)(B)(i))

*Johnson v. Progressive.com, et al.*, C/A No. 1:19-cv-11202-CM, 2020 WL 589127 (S.D.N.Y. Feb. 5, 2020) (dismissing civil action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i))

*Johnson v. Pfizer, et al.*, C/A No. 1:19-cv-08249-CM, 2020 WL 528032 (S.D.N.Y. Jan. 31, 2020) (dismissing civil action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i))

*Johnson v. Own of Onondaga, et al.*, C/A No. 1:19-cv-11128-CM, 2020 WL 419427 (S.D.N.Y. Jan. 27, 2020) (dismissing civil action for improper venue and ordering the plaintiff to show cause why a prefiling injunction should not be imposed) *appeal dismissed* C/A No. 20-3937 (2d Cir. Mar. 10, 2021), *prefiling restrictions entered* at doc. 7 (S.D.N.Y. Apr. 1, 2021)

*Johnson v. N.Y. State Dep't of Transp., et al.*, C/A No. 1:19-cv-11127-CM, 2020 WL 419425 (S.D.N.Y. Jan. 24, 2020) (dismissing civil action for improper venue)

*Johnson v. Secure Pawn Shop, et al.*, C/A No. 1:19-cv-08832-CM, 2019 WL 6619307 (S.D.N.Y. Dec. 3, 2019) (dismissing civil action for lack of subject matter jurisdiction) *appeal dismissed* C/A No. 19-4270, 2020 WL 3272971 (2d. Cir. May 7, 2020)

*Johnson v. Cuomo, et al.*, C/A No. 1:19-cv-09336-CM, 2019 WL 6341180 (S.D.N.Y. Nov. 26, 2019) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)) *appeal dismissed* C/A No. 19-4062, 2020 WL 3045339 (2d Cir. Mar. 11, 2020)

*Johnson v. Adams, et al.*, C/A No. 1:19-cv-07111-CM, 2019 WL 6311768 (S.D.N.Y. Nov. 25, 2019) (dismissing civil action for failure to state a claim and as frivolous under 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No. 19-4061, 2020 WL 2968458 (2d Cir. 2020) (dismissing appeal and warning regarding the entry of appellate prefiling restrictions)

*Johnson v. Ima Med. Research, P.C., et al.*, C/A No. 1:19-cv-08508-CM, 2019 WL 6173364 (S.D.N.Y. Nov. 15, 2019) (dismissing civil action for failure to state a claim)

*Johnson v. Linebarger, Goggan Blair & Sampson, LLP, et al.*, C/A No. 1:19-cv-08662-CM, 2019 WL 5887452 (S.D.N.Y. Nov. 12, 2019) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)) *appeal dismissed* 2020 WL 2554235 (2d Cir. Mar. 11, 2020) (warning regarding the entry of appellate prefiling restrictions)

*Johnson v. N.Y. State Dep't of Corr. & Cmty. Supervision, et al.*, C/A No. 1:19-cv-09128-CM, at doc. 3 (S.D.N.Y. Nov. 4, 2019) (transferring civil action to the United States District Court for the Western District of New York), *appeal dismissed* C/A No. 19-3927 (2d Cir. 2020)

*Johnson v. Victoria Fire and Cas. Co., et al.*, C/A No. 1:19-cv-02782-CM, at doc. 5 (S.D.N.Y. Nov. 1, 2019) (transferring civil action to the United States District Court for the Southern District of Ohio) *appeal dismissed* C/A No. 19-3814 (2d Cir. May 28, 2020)

*Johnson v. Buffalo Pub. Schs., et al.*, C/A No. 1:19-cv-08155-CM, at doc. 4 (S.D.N.Y. Oct. 28, 2019) (transferring civil action to the United States District Court for the Western District of New York), *appeal dismissed* C/A No. 19-3694 (2d Cir. Apr. 13, 2020)

*Johnson v. Soc. Sec. Admin., et al.*, C/A No. 19-cv-06557-CM, 2019 WL 5551865 (S.D.N.Y. Oct. 28, 2019) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 19-3657 (2d Cir. Jan. 15, 2020)

*Johnson v. Fischer, et al.*, C/A No. 1:19-cv-09754-CM, at doc. 3 (S.D.N.Y. Oct. 25, 2019) (transferring civil action to the United States District Court for the Northern District of New York) *appeal dismissed* C/A No. 19-3683 (2d Cir. Apr. 14, 2020)

*Johnson v. Leonard, et al.*, C/A No. 1:19-cv-08159-CM, at doc. 3 (S.D.N.Y. Oct. 23, 2019) (transferring civil action to the United States District Court for the Western District of New York), *appeal dismissed* C/A No. 19-3646 (2d Cir. Apr. 13, 2020)

*Johnson v. Spadafora & Verrastro LLP, et al.*, C/A No. 1:19-cv-09127-CM, at doc. 4 (S.D.N.Y. Oct. 18, 2019) (transferring civil action to the United States District Court for the Western District of New York), *appeal dismissed* C/A No. 19-3648 (2d Cir. May 18, 2020)

*Johnson v. Gattuso & Ciotoli, PLLC, et al.*, C/A No. 1:19-cv-08346-CM, at doc. 3 (S.D.N.Y. Oct. 3, 2019) (transferring civil action to the United States District Court for the Western District of New York) *appeal dismissed* C/A No. 19-3294 (2d Cir. Apr. 29, 2020)

*Johnson v. Cnty. of Erie, et al.*, C/A No. 1:19-cv-08158-CM, at doc. 3 (S.D.N.Y. Sept. 9, 2019) (transferring civil action to the United States District Court for the Western District of New York), *appeal dismissed* C/A No. 19-3007 (2d Cir. Mar. 12, 2020)

*Johnson v. Adams, et al.*, C/A No. 1:19-cv-06272-LLS, 2019 WL 3080851 (S.D.N.Y. July 15, 2019) (dismissing civil action as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)) *appeal dismissed* C/A No 19-2235, 2019 WL 7602345 (2d Cir. 2019) *cert. denied* 140 S.Ct. 1303 (2020) (*mem.*)

*Johnson v. McMahon, et al.*, C/A No. 1:19-cv-05090-LLS, 2019 WL 2647496 (S.D.N.Y. June 26, 2019) (dismissing civil action as duplicative) *appeal dismissed* C/A No. 19-2174, 2019 WL 7372672 (2d Cir. Oct. 23, 2019) *cert. denied* 140 S.Ct. 1276 (2020) (*mem.*)

*Johnson v. Progressive Corp. Ins. Co.*, C/A No. 1:19-cv-02902-CM, 2019 WL 11718806 (S.D.N.Y. May 22, 2019) (dismissing civil action as duplicative) *appeal dismissed* C/A No. 19-1688, 2019 WL 11718908 (2d Cir. 2019), *cert. denied* 140 S.Ct. 1302 (2020) (*mem.*)

*Johnson v. The Buffalo Police Dep't, et al.*, C/A No. 1:19-cv-02982-CM, at doc. 2 (S.D.N.Y. Apr. 5, 2019) (transferring civil action to the United States District Court for the Western District of New York)

*Johnson v. Comm'r Soc. Sec.*, C/A No. 1:17-cv-05598-BCM, 2018 WL 3650162 (S.D.N.Y. July 31, 2018) (affirming Commissioner's denial of benefits), *aff'd* 776 F. App'x 744 (2d Cir. Sept. 13, 2009) (*mem.*), *cert. denied* 140 S.Ct. 884 (2020) (*mem.*), *rehearing denied* 140 S.Ct. 1255 (2020) (*mem.*)

**United States District Court for the Western District of New York**

*Johnson v. U.S. Sec. and Exch. Comm'n, et al.*, C/A No. 1:24-cv-00956-JLS (W.D.N.Y.) (pending)

*Johnson, et al. v. Hesch, et al.*, C/A No. 1:22-cv-00946-JLS (W.D.N.Y.) (pending)

*Johnson v. Buffalo City Ct., et al.*, C/A No. 1:22-cv-00350-JLS, at doc. 12 (W.D.N.Y. May 21, 2024) (dismissing civil action for failure to state a claim)

*Johnson v. Erie Cnty. Med. Ctr. Corp., et al.*, C/A No. 1:23-cv-00141-JLS, at doc. 6 (W.D.N.Y. Feb. 6, 2024) (dismissing civil action for failure to comply with an order of the court)

*Johnson v. Erie Cnty. City Ct., et al.*, C/A No. 1:22-cv-00563-JLS, 2023 WL 3204572 (W.D.N.Y. May 2, 2023) (dismissing civil action for failure to state a claim)

*Johnson v. Dep't of Soc. Servs., et al.*, C/A No. 1:20-cv-00269-JLS, at doc. 6 (W.D.N.Y. Aug. 27, 2021) (dismissing civil action for failure to state a claim)

*Johnson v. Buffalo Police Dep't, et al.*, C/A No. 1:20-cv-00304-JLS, at doc. 6 (W.D.N.Y. Feb. 19, 2021) (dismissing civil action as untimely)

*Johnson v. State of N.Y., et al.*, C/A No. 1:20-cv-00346-JLS, at doc. 7 (W.D.N.Y. Dec. 22, 2020) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)

*Johnson v. N.Y. State Dep't of Corr. & Cmty. Supervision, et al.*, C/A No. 1:19-cv-01529-JLS, at doc. 7 (W.D.N.Y. Aug. 27, 2021) (dismissing civil action for failure to state a claim)

*Johnson v. Spadafora & Verrastro LLP, et al.*, C/A No. 1:19-cv-01447-JLS, at doc. 8 (W.D.N.Y. Aug. 27, 2021) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 21-2230 (2d Cir. Oct. 21, 2021)

*Johnson v. Cnty. of Erie, et al.*, C/A No. 1:19-cv-01288-EAW, at doc. 6 (W.D.N.Y. Mar. 29, 2021) (dismissing civil action for failure to comply with an order of the court)

*Johnson v. Leonard, et al.*, C/A No. 1:19-cv-01475-JLS, at doc. 7 (W.D.N.Y. Mar. 3, 2021) (dismissing civil action for failure to state a claim)

*Johnson v. Gattuso & Ciotoli, PLLC, et al*., C/A No. 1:19-cv-01385-JLS, at doc. 7 (W.D.N.Y. Mar. 3, 2021) (dismissing civil action for failure to state a claim)

*Johnson v. Buffalo Pub. Schs.: Adult Educ. Div.*, *et al*., C/A No. 1:19-01484-JLS, 2021 WL 9455714 (W.D.N.Y. Jan. 7, 2021) (dismissing civil action for failure to state a claim)

*Johnson v. The Buffalo Police Dep't, et al*., C/A No. 1:19-cv-00514-EAW, at doc. 8 (W.D.N.Y. Jan. 14, 2020) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 20-385 (2d Cir. May 29, 2020)

*Johnson v. Filipski, et al*., C/A No. 1:14-cv-00359-RJA-MJR, at doc. 19 (W.D.N.Y. June 13, 2017) (dismissing civil action for failure to state a claim and for seeking relief from immune defendants pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii); 1915A)

*Johnson v. Honorable Judge Arcara, et al*., C/A No. 1:14-cv-00355-RJA, at doc. 4 (W.D.N.Y. June 3, 2014) (dismissing civil action as frivolous, for failure to state a claim, and for seeking relief from immune defendants) *appeal dismissed* C/A No. 14-2149 (2d Cir. Oct. 20, 2014)

*Johnson v. Ledwin, et al*., C/A No. 1:05-cv-00658-RJA-LGF, at doc. 110 (W.D.N.Y. July 21, 2010) (dismissing civil action for failure to prosecute)

**United States District Court for the Western District of North Carolina**

*Johnson v. Simon, et al*., C/A No. 3:23-cv-00571-KDB-DCK, at doc. 6 (W.D.N.C. Oct. 19, 2023) (dismissing civil action for failure to prosecute and failure to comply with an order of the court)

*Johnson v. Truist*, C/A No. 3:22-cv-00113-FDW-DCK, at doc. 5 (W.D.N.C. May 10, 2022) (dismissing civil action for failure to comply with a court order) *aff'd* C/A No. 22-1628, 2023 WL 2182887 (4th Cir. Feb. 23, 2023)

**United States District Court for the District of North Dakota**

*Johnson v. Bad Boy Prods. Holdings Inc.*, C/A No. 1:24-cv-0209-CRH (D.N.D.) (pending)

*Johnson v. Wendys Rest.*, C/A No. 1:24-cv-00197-CRH (D.N.D.) (pending)

*Johnson v. Trump, et al*., C/A No. 3:23-cv-00165-PDW-ARS, at doc. (D.N.D. Apr. 3, 2024) (dismissing civil action for failure to pay the filing fee)

**United States District Court for the Northern District of Ohio**

*Johnson v. Commonwealth Hosp. LLC,* C/A No. 5:24-cv-00652-JRA, at doc. 10 (N.D. Ohio Apr. 19, 2024) (dismissing civil action for failing to comply with prefiling restrictions)

*Johnson v. Sullivan, et al*., C/A No. 3:22-cv-01921-JRK, at doc. 8 (N.D. Ohio Jan. 19, 2023) (dismissing civil action for failing to comply with prefiling restrictions)

*Johnson v. Ohio Bureau of Motor Vehicles, et al*., C/A No. 5:22-cv-01917-JRA, at doc. 14 (N.D. Ohio Nov. 21, 2022) (dismissing civil action for failing to comply with prefiling restrictions)

*Johnson v. N. Cent. Ohio Rehab. Ctr., et al*., C/A No. 3:22-cv-01671-JRK, at doc. 6 (N.D. Ohio Oct. 5, 2022) (dismissing civil action for failing to comply with prefiling restrictions (by paying the filing fee))

*Johnson v. Ramada Inn by Wyndham*, C/A No. 1:22-cv-00585-SO, at doc. 9 (N.D. Ohio June 22, 2022) (dismissing civil action for failing to comply with prefiling restrictions (by paying the filing fee))

*Johnson v. Cleveland Marriott E.*, C/A No. 1:22-cv-00577-PAB, at doc. 7 (N.D. Ohio June 22, 2022) (dismissing civil action and entering prefiling restrictions) *appeal dismissed* C/A No. 22-3645 (6th Cir. Mar. 24, 2023)

*Johnson v. Doubletree Corp.*, C/A No. 1:22-cv-00571-PAB, at doc. 10 (N.D. Ohio June 22, 2022) (dismissing civil action for failing to comply with a court order) *appeal dismissed* C/A No. 22-3609 (6th Cir. May 9, 2023)

*Johnson v. Richland Cnty. Jail, et al*., C/A No. 1:22-cv-00910-DCN, at doc. 6 (N.D. Ohio June 21, 2022) (dismissing civil action for failing to pay the filing fee)

*Johnson v. Collins, Roche, Utley & Garner, LLC, et al*., C/A No. 5:19-cv-01349-SL, 2019 WL 13241666 (N.D. Ohio Aug. 27, 2019) (dismissing civil action for failure to pay the filing fee)

*Johnson v. Renwick, et al*., C/A No. 1:19-cv-01452-SO, at doc. 7 (N.D. Ohio Aug. 5, 2019) (dismissing civil action for failure to pay the filing fee) *appeal dismissed* C/A No. 19-3780 (6th Cir. Apr. 21, 2020)

*Johnson v. Progressive Corp. Ins. Co.*, C/A No. 1:19-cv-00826-SO, at doc. 15 (N.D. Ohio July 15, 2019) (dismissing civil action for failure to pay the filing fee) *appeal dismissed* C/A No. 19-3698 (6th Cir. Feb. 19, 2020)

**United States District Court for the Southern District of Ohio**

*In re Robert W. Johnson*, C/A No. 1:24-cv-00095-JPH, at doc. 4 (S.D. Ohio Oct. 3, 2024) (dismissing bankruptcy appeal for failure to prosecute)

*In re Robert W. Johnson*, C/A No. 1:24-cv-00113-MWM, 2024 WL 4149867 (S.D. Ohio Sept. 11, 2024) (dismissing bankruptcy appeal for failure to comply with the bankruptcy rules and notes a history of abusive filings in the bankruptcy court)

*Johnson v. Dewine, et al*., C/A No. 1:22-cv-00587-DRC-SKB, 2023 WL 6421286 (S.D. Ohio Oct. 3, 2023) (dismissing civil action for lack of subject matter jurisdiction)

*Johnson v. Young, et al*., C/A No. 2:22-cv-03311-ALM-EPD, 2023 WL 3180573 (S.D. Ohio May 1, 2023) (dismissing civil action for failure to state a claim)

*Johnson v. Victoria Fire and Cas. Co., et al*., C/A No. 2:19-cv-04952-EAS-CMV, 2019 WL 7288560 (S.D. Ohio Dec. 30, 2019) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 20-3091, 2020 WL 4073308 (6th Cir. May 7, 2020)

*Johnson v. Ohio C.R. Comm'n*, C/A No. 2:19-mc-00043-CMV-JLG, at doc. 2 (S.D. Ohio Aug. 21, 2019) (declining to open a new civil action based on documents submitted by the plaintiff) *appeal dismissed* C/A No. 19-3912 (6th Cir. 2019)

*Johnson v. Abel, et al*., C/A No. 2:19-cv-02865-EAS-CMV, 2019 WL 3543542 (S.D. Ohio Aug. 5, 2019) (dismissing civil action for failure to state a claim and entering prefiling restrictions) *appeal dismissed* 2020 WL 4728088 (6th Cir. Mar. 26, 2020)

*Johnson v. Judge Smith, et al*., C/A No. 2:19-cv-02490-EAS-CMV, 2019 WL 3543542 (S.D. Ohio Aug. 5, 2019) (dismissing civil action for failure to state a claim and entering prefiling restrictions) *appeal dismissed* 2020 WL 4728088 (6th Cir. Mar. 26, 2020)

*Johnson v. Coe, et al*., C/A No. 2:19-cv-02428-EAS-CMV, 2019 WL 3543542 (S.D. Ohio Aug. 5, 2019) (dismissing civil action for failure to state a claim and entering prefiling restrictions) *appeal dismissed* 2020 WL 4728088 (6th Cir. Mar. 26, 2020)

*Johnson v. Nationwide Ins., et al*., C/A No. 2:19-cv-01130-EAS-CMV, 2019 WL 2373644 (S.D. Ohio June 5, 2019) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 19-3556 2019 WL 8301098 (6th Cir. Dec. 30, 2019), *cert. denied* 140 S.Ct. 2525 (2020) (*mem.*)

**United States District Court for the Northern District of Oklahoma**

*Johnson v. Facebook, et al*., C/A No. 4:23-cv-00375-GKF-MTS, at doc. 4 (N.D. Okla. Aug. 31, 2023) (dismissing civil action for failure to state a claim)

**United States District Court for the Western District of Oklahoma**

*Johnson v. Hertz Corp*., *et al*., C/A No. 5:22-cv–00134-D, 2022 WL 1096631 (W.D. Okla. Apr. 12, 2022) (dismissing case for failure to pay the filing fee) *aff'd* C/A No. 22-6092, 2022 WL 12165088 (10th Cir. Oct. 21, 2022).

*Johnson v. Colvin*, C/A No. 5:13-cv-00871-R, 2014 WL 7187050 (W.D. Okla. Dec. 16, 2014) (reversing and remanding denial of social security benefits)

**United States District Court for the District of Oregon**

*Johnson v. Argo Grp. Int'l Holdings Inc.*, C/A No. 3:24-cv-01588-AB (D. Or.) (pending)

*Johnson v. Trump, et al*., C/A No. 3:23-cv-01296-JR, at doc. 10 (D. Or. Oct. 23, 2023) (dismissing civil action for failure to state a claim and improper venue)

**United States District Court for the Eastern District of Pennsylvania**

*Johnson v. Facebook, et al*., C/A No. 2:23-cv-03413-KSM, at doc. 8 (E.D. Pa. Feb. 26, 2024) (dismissing civil action for failure to prosecute)

*Johnson v. Marriot Hotels Mossic Pa.*, C/A No. 2:22-cv-01462-KSM, at doc. 5 (E.D. Pa. June 30, 2022) (dismissing civil action for failure to prosecute)

*Johnson v. Griffin Motors, et al*., C/A No. 2:22-cv-01460-KSM, at doc. 4 (E.D. Pa. June 30, 2022) (dismissing civil action for failure to prosecute) *appeal dismissed* C/A No. 22-2674 (3d Cir. Nov. 8, 2022)

*Johnson v. Assets Prot., Inc.*, C/A No. 2:22-cv-01398-KSM, at doc. 4 (E.D. Pa. June 30, 2022) (dismissing civil action for failure to prosecute)

*Johnson v. Radison Lackawanna Station*, C/A No. 2:22-cv-01297-KSM, at doc. 5 (E.D. Pa. June 30, 2022) (dismissing civil action for failure to prosecute)

36

*Johnson v. Lehigh Cnty. Dep't of Corr.*, C/A No. 5:22-cv-01279-KSM, at doc. 5 (E.D. Pa. June 30, 2022) (dismissing civil action for failure to prosecute) *appeal dismissed* C/A No. 22-2315 (3d Cir. Feb. 16, 2023)

*Johnson v. Credit Acceptance Corp., et al.*, C/A No. 2:22-cv-00377-KSM, at doc. 10 (E.D. Pa. June 29, 2022) (dismissing civil action for failure to prosecute) *appeals dismissed* C/A Nos. 22-2561, 22-2393 (3d Cir. 2023)

*Johnson v. Daemer, et al.*, C/A No. 2:22-cv-00310-KSM, at doc. 9 (E.D. Pa. June 29, 2022) (dismissing civil action for failure to prosecute) *appeal dismissed* C/A No. 22-2283 (3d Cir. Jan. 19, 2023)

*Johnson v. Brosnan Risk Consultants*, C/A No. 2:22-cv-01299-KSM, at doc. 3 (E.D. Pa. May 2, 2022) (transferring civil action to the United States District Court for the Southern District of New York) *appeal dismissed* C/A No. 22-1957 (3d Cir. Oct. 13, 2022)

*Johnson v. Chubb, et al.*, C/A No. 2:22-cv-00311-KSM, at doc. 5 (E.D. Pa. Apr. 11, 2022) (dismissing civil action for failure to prosecute)

**United States District Court for the Middle District of Pennsylvania**

*Johnson v. Bogan*, C/A No. 3:24-cv-01763-DFB (M.D. Pa.) (pending)

*Johnson v. Carrols Corp., et al.*, C/A No. 3:24-cv-00875-WIA, at doc. 4 (M.D. Pa. May 30, 2024) (transferred to the United States District Court for the Northen District of New York)

**United States District Court for the Western District of Pennsylvania**

*Johnson v. Om Hosp. Inc., et al.*, C/A No. 2:22-cv-00144-MRH-LPL, 2022 WL 1092105 (W.D. Pa. Apr. 12, 2022) (dismissing civil action for failure to state a claim)

**United States District Court for the District of Puerto Rico**

*Johnson v. Facebook, et al.*, C/A No. 3:23-cv-01453-MAJ, 2023 WL 6879679 (D.P.R. Oct. 18, 2023) (dismissing civil action for lack of subject matter jurisdiction)

**United States District Court for the District of Rhode Island**

*Johnson v. 1011778 B.C. Unlimited Liab. Co., et al.*, C/A No. 1:24-cv-00398-MSM-PAS (D.R.I. Oct. 10, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Trump, et al.*, C/A No. 1:23-cv-00354-JNL-AKJ, at doc. 4 (D.R.I. Sept. 5, 2023) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 23-1783 (1st Cir. Jan. 30, 2024)

**United States District Court for the District of South Dakota**

*Johnson v. Bad Boy Prods. Holdings, Inc.*, C/A No. 3:24-cv-03023-CCT (D.S.D.) (pending)

*Johnson v. Phillips*, C/A No. 3:24-cv-03020-CCT (D.S.D.) (pending)

*Johnson v. Albolino*, C/A No. 1:24-cv-01018-CCT (D.S.D.) (pending)

*Johnson v. Trump, et al.*, C/A No. 3:23-cv-03022-RAL, 2023 WL 6959957 (D.S.D. Oct. 20, 2023) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)) *aff'd* C/A No. 23-3581, 2024 WL 2704184 (8th Cir. 2024)

*Johnson v. Wendys Co.*, C/A No. 3:24-cv-03021-LLP, 2024 WL 4434300 (D.S.D. Oct. 7, 2024) (dismissing civil action for lack of subject matter jurisdiction)

*Johnson v. Syracuse Police Dep't*, C/A No. 1:24-cv-01019-LLP, 2024 WL 4434288 (D.S.D. Oct. 7, 2024) (dismissing civil action for lack of subject matter jurisdiction)

**United States District Court for the Eastern District of Tennessee**

*Johnson v. Bureau of Admin. Adjudication*, C/A No. 2:24-cv-00157-DCLC-CRW (E.D. Tenn.) (pending)

*Johnson v. Tenn. Dep't of Hum. Servs.*, C/A No. 3:24-cv-00347-TAV-JEM (E.D. Tenn.) (pending)

*Johnson v. U.S. Sec. and Exch. Comm'n, et al.*, C/A No. 2:24-cv-00163-DCLC-CRW, 2024 WL 4558517 (E.D. Tenn. Oct. 23, 2024) (dismissing civil action because the claims were devoid of legal and factual merit and referring the matter to the Chief Judge to determine whether the plaintiff should be referred to as a vexatious litigant)

*Johnson v. Facebook, et al.*, C/A No. 2:23-cv-00116, 2023 WL 7196428 (E.D. Tenn. Nov. 1, 2023) (dismissing civil action for failure to state a claim)

**United States District Court for the Middle District of Tennessee**

*Johnson v. 101178 B.C. Unlimited Liab. Co., et al.*, C/A No. 3:24-cv-00687 (M.D. Tenn. June 4, 2024) (dismissing civil action for failure to prosecute)

*Johnson v. Hartford Med. Bill Processing Ctr., et al.*, C/A No. 3:22-cv-00551, at doc. 15 (M.D. Tenn. Nov. 2, 2023) (dismissing civil action for failure to prosecute), *appeal dismissed* C/A No. 23-6059 (6th Cir. Jan. 18, 2024)

**United States District Court for the Eastern District of Texas**

*Johnson v. Facebook, et al.*, C/A No. 2:23-cv-00403-JRG-RSP (E.D. Tex.) (pending)

*Johnson v. Experian*, C/A No. 4:22-cv-00048-ALM-AGD, 2023 WL 4354213 (E.D. Tex. July 5, 2023) (dismissing civil action for failure to prosecute)

**United States District Court for the Northern District of Texas**

*Johnson v. Allstate Indem. Co., et al.*, C/A No. 3:21-cv-03056-M-BK, 2022 WL 504394 (N.D. Tex. Feb. 18, 2022) (dismissing civil action for lack of subject matter jurisdiction) *appeal dismissed* C/A No. 22-10283, 2022 WL 4289605 (5th Cir. 2022)

**United States District Court for the Southern District of Texas**

*Johnson v. Beacon Cmty., LLC*, C/A No. 1:24-cv-00153 (S.D. Tex.) (pending)

*Johnson v. Kwiatkowski*, C/A No. 2:24-cv-00202, 2024 WL 4495539 (S.D. Tex. Oct. 15, 2024) (dismissing civil action for improper venue)

**United States District Court for the Western District of Texas**

*Johnson v. Portnoy, et al.*, C/A No. 1:19-cv-00786-RP, 2019 WL 11706115 (W.D. Tex. Sept. 24, 2019) (dismissing civil action for improper venue and pursuant to 28 U.S.C. § 1915(e)) *appeal dismissed* C/A No. 19-50905 (5th Cir. Dec. 4, 2019), *cert. denied* 140 S.Ct. 1276 (2020) (*mem.*)

*Johnson v. Linebarger, Goggan, Blair & Sampson, LLP*, C/A No. SA-19-CV-0878-FB-HJB, 2019 WL 11769122 (W.D. Tex. Sept. 30, 2019) (transferring civil action to the United States District Court for the Southern District of New York) *appeal dismissed* C/A No. 19-50984, 2019 WL 11769331 (5th Cir. 2019), *cert. denied* 140 S.Ct. 1149 (2020) (*mem.*), *rehearing denied* 140 S.Ct. 2662 (2020) (*mem.*)

**United States District Court for the District of Utah**

*Johnson v. Progressive Leasing, et al.*, C/A No. 2:22-cv-00052-RJS-CMR, 2023 WL 4044514 (D. Utah June 16, 2023) (dismissing civil action for failure to prosecute and failure to comply with orders of the court), *appeal dismissed* C/A No. 23-4090, 2023 WL 9062281 (10th Cir. July 26, 2023)

**United States District Court for the District of Vermont:**

*Johnson v. Trump, et al.*, C/A No. 2:23-cv-00473-KJD, 2023 WL 8628010 (D. Vt. Nov. 17, 2023) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B), 2024 WL 778100 (D. Vt. Feb. 26, 2024) (entering a prefiling injunction limiting the plaintiff's ability to file new cases)

*Johnson v. Georgia-Pacific Corp., et al.*, C/A No. 2:23-cv-00472-WKS, at doc. 8 (D. Vt. Feb. 26, 2024) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii))

*Johnson v. Trump, et al.*, C/A No. 2:23-cv-00471-WKS, at doc. 8 (D. Vt. Feb. 26, 2024) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii))

*Johnson v. Schenectady Cnty. EFCU*, C/A No. 2:22-cv-00081-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Trustage, et al.*, C/A No. 2:22-cv-00070-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Rushlow Enters., Inc., et al.*, C/A No. 2:22-cv-00049-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Russo*, C/A No. 2:22-cv-00045-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Hum. Res. Admin. Dep't of Homeless Servs.*, C/A No. 2:22-cv-00044-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Gibbs*, C/A No. 2:22-cv-00043-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. U.S. Postal Serv.*, C/A No. 2:22-cv-00042-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. ESIS, Inc.*, C/A No. 2:22-cv-00041-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Bitrategaming*, C/A No. 2:22-cv-00040-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Gibson, McAskill & Crosby, LLP*, C/A No. 2:22-cv-00039-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Black River Apartments*, C/A No. 2:22-cv-00038-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Bond, Schoeneck & King, LLC, et al*., C/A No. 2:22-cv-00037-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Estate of Mario J. Rossetti*, C/A No. 2:22-cv-00036-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Jefferson Cnty. DSS*, C/A No. 2:22-cv-00035-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. EmPRO*, C/A No. 2:22-cv-00033-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. N.Y. State Div. of Hum. Rts.*, C/A No. 2:22-cv-00032-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

*Johnson v. Monro Muffler Brake & Serv., et al*., C/A No. 2:22-cv-00030-WKS, at doc. 4 (D. Vt. Apr. 8, 2022) (dismissing civil action pursuant to 28 U.S.C. § 1915(e)(2)(B))

**United States District Court for the District of the Virgin Islands**

*Johnson v. Facebook, et al*., C/A No. 1:23-cv-00034-WAL-EAH, 2024 WL 2292781 (D. Virgin Islands May 21, 2024) (dismissing civil action with prejudice for failure to prosecute)

**United States District Court for the Eastern District of Virginia**

*Johnson v. CNY Reg'l Mkt. Auth.*, C/A No. 2:24-cv-00562-RAJ-DEM (E.D. Va.) (pending)

*Johnson v. Imperial, et al.*, C/A No. 1:22-cv-00078-RDA-TCB, at doc. 7 (E.D. Va. June 24, 2022) (dismissing civil action for failure to prosecute and comply with orders of the court) *aff'd* C/A No. 22-1733, 2022 WL 17750683 (4th Cir. Dec. 19, 2022)

*Johnson v. Cuomo, et al*., C/A No. 1:22-cv-00079-LO-TCB, 2022 WL 484556 (E.D. Va. Jan. 31, 2022) (dismissing civil action for failure to state a claim) *appeal dismissed* C/A No. 22.1156, 2022 WL 9874183 (4th Cir. Oct. 17, 2022)

**United States District Court for the Western District of Washington**

*Johnson v. Carrols Corp., et al*., C/A No. 2:24-cv-00772-TL (W.D. Wash. July 16, 2024) (dismissing civil action for failure to cure deficiencies)

*Johnson v. Facebook, et al*., C/A No. 3:23-cv-05788-TMC, 2023 WL 6959629 (W.D. Wash. Oct. 20, 2023) (dismissing civil action for failure to state a claim)

*Johnson v. Western Union Corp, et al.*, C/A No. 2:19-cv-01991-RSL, at doc. 10 (W.D. Wash. Feb. 25, 2020) (dismissing civil action for failure to state a claim)

### United States District Court for the Northern District of West Virginia

*Johnson v. Trump, et al.*, C/A No. 1:23-cv-00066-TEJ-OJA, 2023 WL 8439900 (N.D. W. Va. Dec. 5, 2023) (dismissing civil action for failure to state a claim)

### United States District Court for the Eastern District of Wisconsin

*Johnson v. Argonaut Ins. Co.*, C/A No. 2:24-cv-01168-JPS, at doc. 4 (E.D. Wis. Sept. 16, 2024) (transferring civil action to the United States District Court for the Southern District of New York)

*Johnson v. Albolino*, C/A No. 2:24-cv-01167-JPS, at doc. 4 (E.D. Wis. Sept. 16, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Haza Grp.*, C/A No. 2:24-cv-01166-JPS, at doc. 4 (E.D. Wis. Sept. 16, 2024) (transferring civil action to the United States District Court for the Northern District of New York)

*Johnson v. Facebook, et al.*, C/A No. 23-cv-01142-PP, 2023 WL 6878442 (E.D. Wis. Oct. 18, 2023) (dismissing civil action for failure to state a claim)

*Johnson v. Werger*, C/A No. 2:22-cv-00103-PP, 2022 WL 2080164 (E.D. Wis. May 27, 2022) (dismissing civil action for failure to state a claim) *appeal dismissed*, C/A No. 22-2017, 2022 WL 17424408 (7th Cir. 2022)

### United States District Court for the Western District of Wisconsin

*Johnson v. Reid Props.*, C/A No. 3:24-cv-00685-WMC, at doc. 4 (W.D. Wis. Oct. 22, 2024) (dismissing civil action for improper venue)

*Johnson v. N.Y. Corr., et al.*, C/A No. 3:24-cv-00684-WMC, at doc. 5 (W.D. Wis. Oct. 22, 2024) (dismissing civil action for improper venue)

### United States District Court for the District of Wyoming

*Johnson v. Facebook, et al.*, C/A No. 1:23-cv-00161-SWS, at doc. 3 (D. Wyoming Sept. 11, 2023) (dismissing civil action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B))

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

Robin L. Blume, Clerk
United States District Court
250 East North Street, Room 2300
Greenville, South Carolina 29601

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).